UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, | : | CASE NO. 1:05-CV-02494-HHK |
| | : | |
| Plaintiffs, | : | |
| | : | **PLAINTIFFS' MOTION FOR** |
| v. | : | **ADMISSION PRO HAC VICE** |
| | : | **AND APPEARANCE OF** |
| ISLAMIC REPUBLIC OF IRAN; IRANIAN | : | **JENNIFER C. DAVIS** |
| MINISTRY OF INFORMATION AND | : | |
| SECURITY; SEYYED ALI HOSSEINI | : | |
| KHAMENEI; MOHAMMAD | : | |
| MOHAMMADI NIK; and IRANIAN ISLAMIC | : | |
| REVOLUTIONARY GUARD CORP, | : | |
| | : | |
| Defendants. | : | |

Pursuant to Local Civil Rule 83.2(d), the undersigned, who is admitted to and in good standing with this Court, hereby moves for the admission *pro hac vice* and appearance of Jennifer Davis for purposes of this case. See attached declaration of Ms. Davis, in compliance with the Local Rule 83.2(d).

DATED: January 30, 2006          Respectfully submitted,


/s/ Suzelle Smith
Suzelle M. Smith
D.C. Bar No. 376384
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Ph:  213-955-9400
Fax: 213-622-0791

Attorney for Plaintiffs