## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, : | CASE NO. 1:05-CV-02494-HHK |
| Plaintiffs, : | |
| v. : | **DECLARATION OF JENNIFER C. DAVIS IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE AND APPEARANCE OF JENNIFER C. DAVIS** |
| ISLAMIC REPUBLIC OF IRAN; IRANIAN MINISTRY OF INFORMATION AND SECURITY; SEYYED ALI HOSSEINI KHAMENEI; MOHAMMAD MOHAMMADI NIK; and IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP, : | |
| Defendants. : | |

1.   My full name is Jennifer Chau Davis.

2.   My office address is Howarth & Smith, 523 West Sixth Street, Suite 728, Los Angeles, California 90014. My telephone number is (213) 955-9400.

3.   I am admitted to the State Bar of California and the Guam Bar. I am also admitted to practice before the U.S. District Court of Colorado. I am a member in good standing in all the foregoing courts.

4.   I certify that I have not been disciplined by any bar.

5.   Within the last two years, I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia.

6.    I do not practice law from an office located in the District of Columbia.

DATED: January 30, 2006          Respectfully submitted,

                                        /s/ Jennifer C. Davis
                                        Jennifer C. Davis