UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, | : | CASE NO. 1:05-CV-02494-HHK |
| | : | |
| Plaintiffs, | : | |
| | : | **[PROPOSED] ORDER** |
| v. | : | **GRANTING PLAINTIFFS'** |
| | : | **MOTION FOR ADMISSION** |
| ISLAMIC REPUBLIC OF IRAN; IRANIAN | : | **PRO HAC VICE AND** |
| MINISTRY OF INFORMATION AND | : | **APPEARANCE OF JENNIFER C.** |
| SECURITY; SEYYED ALI HOSSEINI | : | **DAVIS** |
| KHAMENEI; MOHAMMAD | : | |
| MOHAMMADI NIK; and IRANIAN ISLAMIC | : | |
| REVOLUTIONARY GUARD CORP, | : | |
| | : | |
| Defendants. | : | |

Upon consideration of Plaintiffs' Motion for Admission Pro Hac Vice and Appearance of Jennifer C. Davis and good cause appearing therefore, it is hereby **ORDERED** that Plaintiffs' Motion for Admission Pro Hac Vice and Appearance of Jennifer C. Davis is **GRANTED**.

Date this ___ day of _____, 2006

BY THE COURT:

_____
HENRY H. KENNEDY
United States District Judge