## HOWARTH & SMITH
ATTORNEYS AT LAW
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CALIFORNIA 90014
TELEPHONE: (213) 955-9400
FAX: (213) 622-0791
www.howarth-smith.com

SUZELLE M. SMITH

March 30, 2006

SSmith@howarth-smith.com
Direct Line: (213) 955-9400 Ext. 111

**VIA FEDERAL EXPRESS**

Ms. Nancy Mayer-Whittington
Clerk of Court
United States District Court
    for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    *Levin v. Islamic Republic of Iran, et al.*
            Case No. 1:05-CV-02494-HHK

Dear Ms. Mayer-Whittington:

    Per the provisions in 28 U.S.C. § 1608(a)(4), we are requesting the Clerk's Office to address and dispatch, by any form of mail requiring a signed receipt, the enclosed Summons, Complaint, and Notice of Suit, to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services. The Secretary of State shall then transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted. In this matter, the foreign state is the Islamic Republic of Iran.

    Service under section 1608(a)(4) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with Iran, and because Iran did not accept service through its Ministry of Foreign Affairs in Tehran, Iran. *See* 28 U.S.C. § 1608(a)(1), (2), (3).

RECEIVED

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06:L6392002.wpd

Ms. Nancy Mayer-Whittington
March 30, 2006
Page 2

    Enclosed are the five summonses to be addressed and dispatched. Each summons is translated into Farsi, the official language of Iran. Also enclosed with each summons is a copy of the Complaint (in English and Farsi) and the Notice of Suit (in English and Farsi).

    We understand that after you have assembled the requisite documents and attached international return receipt notices, you will return the package of documents to us for placement in the U.S. mail. Enclosed is a self-addressed return Federal Express form that includes our account number, so that you can return the package to us at no cost to you. Please also notify me when service is made.

    If you have any questions, please feel free to call my associate, Jennifer Davis, who is working on this matter with me at (213) 955-9400, ext. 108.

                                        Very truly yours,

                                        Suzelle M. Smith

SMS:cf

Enclosures

06:L6392002.wpd