

**United States Department of State**

*Washington, D.C. 20520*

April 24, 2006

Re: Jeremy Levin and Dr. Lucille Levin, v. The Islamic
Republic of Iran, et al, Case no. 1:05CV02494 GK

Dear Ms. Mayer-Whittingham:

I am writing regarding a number of service documents received at this office in the case mentioned above. These documents are summonses, complaints and notices of suit for defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security, Seyyed Ali Hosseini Khamenei, Mohammed Mohammedi Nik and the Iranian Islamic Revolutionary Guard Corps. For the reasons below, we are unable to process these documents pursuant to the service provisions of the Foreign Sovereign Immunities Act (FSIA) at this time.

Service of process via the diplomatic channel under 28 U.S.C. 1608(a)(4) requires that all other methods for service under section 1608(a) be attempted first. In this case it would appear that there is no pre-existing arrangement for service between the parties, 1608(a)(1), and Iran is not party to any international convention on service, 1608(a)(2). We have no indication however that service was attempted by any form of mail requiring a returned receipt, 1608(a)(3). Before proceeding to a request for service upon Iran via the diplomatic channel pursuant to 1608(a)(4), mail service must be attempted.

Two of the defendants named in the summonses are natural persons. Section 1608(a) of the FSIA provides methods for service of process upon "a foreign state or political subdivision." Because defendants Seyyed Ali Hosseini Khamenei and Mohammed Mohammedi Nik are natural persons we are unable to process the requests for service of process upon them.

Additionally, 22 CFR 22.1(51) provides that the fee for processing FSIA judicial assistance cases shall be $735.00. Because the United States does not maintain

Ms. Nancy Mayer-Whittingham
    Clerk of the Court
        United States District Court
           For the District of Columbia
                333 Constitution Avenue, NW
                Washington, DC 20001

**RECEIVED**
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**
APR 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

diplomatic relations with Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. A certified or cashier's check in the amount of $735.00 accompanying each request to provide service upon a defendant foreign state or political subdivision should therefore be made out to "U.S. Embassy, Bern."

    We will maintain the documents received should the plaintiffs wish to provide three checks for $735.00 in order to process the service documents for defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Iranian Islamic Revolutionary Guard Corps. We would also require a statement that mail service was attempted under 28 U.S.C. 1608(a)(3). I am sending a copy of this letter to the plaintiffs' attorney as well in case she wishes to contact me directly with any questions. Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison


Cc:  Ms. Suzelle M. Smith, Esq.
      Howarth & Smith
      523 West Sixth Street, Suite 728
      Los Angeles, CA 90014