CO 939
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                                          Civil Action No.: _____

_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the _____ day of _____, 20____, I mailed:

1. ❏ One copy of the [summons and complaint/or] by [registered mail, return receipt requested], to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ❏ One copy of the [summons, complaint and a notice of suit], together with a translation of each into the official language of the foreign state, by [registered mail, return receipt requested], to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ❏ Two copies of the [summons, complaint and a notice of suit], together with a translation of each into the official language of the foreign state, by [certified mail, return receipt, delivery], to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ❏ One copy of the [summons and complaint/or], together with a translation of each into the official language of the foreign state, by [registered mail, return receipt requested], to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

## Receipt 1

**Registered No.** RB 843 315 370 US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | Special Delivery | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $8.05 | Restricted Delivery | $0.00 |

Received by: MD

Date Stamp: FEB 28 2006 / 02/28/2006

Customer Must Declare Full Value: $0.00 — Without Postal Insurance

FROM:
U. S. District Court-DC
Clerks Office
333 Constitution Avenue, NW
Washington, DC 20001

TO:
Iranian Islamic Revolutionary Guard Corp.
Presidential Palace
Pasdaran Avenue
Tehran, Iran

PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

## Receipt 2

**Registered No.** RB 843 315 383 US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | Special Delivery | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $8.05 | Restricted Delivery | $0.00 |

Received by: MD

Date Stamp: FEB 28 2006 / 02/28/2006

Customer Must Declare Full Value: $0.00

FROM:
U. S. District Court-DC
Clerks Office
333 Constitution Avenue, NW
Washington, DC 20001

TO:
Islamic Republic of Iran
c/o Ministry of Foreign Affairs
Ebn e Sina Street
Emam Khomeini Square
Tehran, Iran

PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

## Receipt 3

**Registered No.** RB 843 315 406 US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | Special Delivery | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $8.05 | Restricted Delivery | $0.00 |

Received by: MD

Date Stamp: FEB 28 2006 / 02/28/2006

Customer Must Declare Full Value: $0.00

FROM:
U. S. District Court-DC
Clerks Office
333 Constitution Avenue, NW
Washington, DC 20001

TO:
Mohammad Mohammadi Nik
c/o Ministry of Foreign Affairs
Ebn e Sina Street
Emam Khomeini Square
Tehran, Iran

PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

## Receipt 4

**Registered No.** RB 843 315 36 US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | Special Delivery | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $8.05 | Restricted Delivery | $0.00 |

Received by: MD

Date Stamp: FEB 28 2006 / 02/28/2006

Customer Must Declare Full Value: $0.00

FROM:
U. S. District Court-DC
Clerks Office
333 Constitution Avenue, NW
Washington, DC 20001

TO:
Seyyed Ali Hosseini Khamenei
Former President of Iran
Presidential Palace
Palestine Street
Tehran, Iran

PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)

## Receipt 5

**Registered No.** RB 843 315 383 US

| | | | |
|---|---|---|---|
| Reg. Fee | $7.90 | Special Delivery | |
| Handling Charge | $0.00 | Return Receipt | $1.85 |
| Postage | $8.05 | Restricted Delivery | $0.00 |

Received by: MD

Date Stamp: 02/28/2006

Customer Must Declare Full Value: $0.00

FROM:
U. S. District Court-DC
Clerks Office
333 Constitution Avenue, NW
Washington, DC 20001

TO:
Iranian Ministry of Information and Security
Pasdaran Avenue
Golestan Yekom
Tehran, Iran

PS Form 3806, February 1995 — Receipt for Registered Mail (Customer Copy)