

**HOWARTH & SMITH**
ATTORNEYS AT LAW
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CALIFORNIA 90014
TELEPHONE: (213) 955-9400
FAX: (213) 622-0791
www.howarth-smith.com

JDavis@howarth-smith.com
Direct Line: (213) 955-9400 Ext. 108

April 11, 2006

Ms. Laura Chipley
Clerks Office
United States District Court
   for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

    Re:   *Levin v. Iran*

Dear Ms. Chipley:

    Per your instructions, enclosed is the stamped certified mail receipt in the matter of *Levin v. Islamic Republic of Iran*, et al., Case No. 1:05-CV-02494-HHK.

                           Very truly yours,

                           Jennifer Davis

JD:cf

Enclosure

cc:    Suzelle M. Smith, Esq.

06 L0421298.wpd