

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS

Express Mail
International

Registered Article / Envoi recommandé

Number
843315406 US

Date of Posting (Date de dépôt)

Completed by the office of origin.
(A remplir par le bureau d'origine)

Mohammad Mohammadi Nik
c/o Ministry of Foreign Affairs
Ebn e Sina Street
Emam Khomeini Square
Tehran, Iran

Postmark of the office of destination (Timbre du bureau de destination)

Completed at destination.
(A compléter à destination)

The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature
(Signature de l'agent du bureau du destination)

PS Form 2865, October 1992 (Reverse)

05-2494

Mohammad Mohammadi Nik
c/o Ministry of Foreign Affairs
Ebn e Sina Street
Emam Khomeini Square
Tehran, Iran

UNACCEPTABLE !
M.F.A

RB 843 315 406 US

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
LOS ANGELES, CA
90245
FPR 2006
HMUINI
$17.80
000-40008-1
00181



**Islamic Republic of Iran**
**c/o Ministry of Foreign Affairs**
**Ebn e Sina Street**
**Emam Khomeini Square**
**Tehran, Iran**

Office of Mailing (Bureau de dépôt)

Completed by (À remplir par...)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé de la première voyant recépement à l'expéditeur).

☐ The article mentioned above was duly delivered
(L'envoi mentionné ci-dessus a été dûment livré.)

Date _____

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

Completed at destination. (À compléter à destination.)

PS Form **2865**, February 1997 (Reverse)        05-2404

**Islamic Republic of Iran**
**c/o Ministry of Foreign Affairs**
**Ebn e Sina Street**
**Emam Khomeini Square**
**Tehran, Iran**

UNACCEPTABLE!
M.F.A

RB 843 315 397 US

RETOUR ↘ / CN 15

UNITED STATES POSTAL SERVICE

U.S. POSTAGE
PAID
LOS ANGELES, CA
FEB 28 '06
AMOUNT
$17.80
00181        00-40008-17