

**United States Department of State**

*Washington, D.C. 20520*

July 13, 2005

Re: Jeremy Levin, et al, v. Islamic Republic
of Iran, et al., Case Number 1:05CV02494

Dear Ms. Mayer-Whittingham:

I am writing regarding the Court's request for service of summonses, complaints, notices of suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon defendants the Islamic Republic of Iran, Iranian Ministry of Information and Security and the Iranian Revolutionary Gurad Corps in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered June 26, 2006 to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes, numbers 1033-IE, 1034-IE and 1035-IE.

In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. This includes the authenticated certification of the Deputy Head of the U.S. Interests Section at the Swiss Embassy in Teheran and the certification of the Consul General of the U.S. Embassy in Bern.

Ms. Nancy Mayer-Whittingham
  United States District Court
    For the District of Columbia
      333 Constitution Avenue, N.W.
        Washington, D.C. 20001

RECEIVED

AUG 10 2006

NANCY MAYER-WHITTINGTON, CLERK
    U.S. DISTRICT COURT

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc:  Suzelle M. Smith
     Howarth & Smith
     523 West Sixth Street, Suite 728
     Los Angeles, California 90014