UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, : | |
| Plaintiffs, : | |
| v. : | CASE NO. 1:05-CV-02494-GK |
| ISLAMIC REPUBLIC OF IRAN; IRANIAN : MINISTRY OF INFORMATION AND : SECURITY; SEYYED ALI HOSSEINI : KHAMENEI; MOHAMMAD : MOHAMMADI NIK; and IRANIAN ISLAMIC: REVOLUTIONARY GUARD CORP, : | |
| Defendants. : | |

## **DEFAULT**

It appearing that the above-named Defendants have failed to plead or otherwise defend this action, though duly served with the Summons, Complaint, and Notice of Suit, plus Farsi translations thereof, on June 26, 2006, and an affidavit on behalf of Plaintiffs having been filed, it is this ___ day of _____, 2006, declared that the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, the Islamic Revolutionary Guard Corps, Seyyed Ali Hosseini Khamenei, and Mohammad Mohammadi Nik are in default.

Nancy M. Mayer-Whittington, Clerk

By: _____
Deputy Clerk