UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY LEVIN and DR. LUCILLE LEVIN, :
                                    :
            Plaintiffs,             :
                                    :
v.                                  : CASE NO. 1:05-CV-02494-GK
                                    :
ISLAMIC REPUBLIC OF IRAN; IRANIAN   :
MINISTRY OF INFORMATION AND         :
SECURITY; SEYYED ALI HOSSEINI       :
KHAMENEI; MOHAMMAD                  :
MOHAMMADI NIK; and IRANIAN ISLAMIC  :
REVOLUTIONARY GUARD CORP,           :
                                    :
            Defendants.             :

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

This Court, having reviewed Plaintiffs' Motion for Default Judgment, and the affidavits and documents filed in support thereof, attached to Declaration of Suzelle M. Smith, hereby find that Plaintiffs have established their claims and right to relief by evidence that is satisfactory to the Court, as required by 28 U.S.C. § 1608(e).

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that judgment be entered in favor of Plaintiffs Jeremy Levin and Dr. Lucille Levin, and against each Defendant the Islamic Republic of Iran,

the Iranian Ministry of Information and Security, and the Iranian Revolutionary Guard Corp, jointly and severally as follows:

Jeremy Levin in the amount of Twenty-Five Million Dollars ($25,000,000); and Dr. Lucille Levin in the amount of Fifteen Million Dollars ($15,000,000).

DATED: _____          _____
                                  Judge of the United State District Court