UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY LEVIN and DR. LUCILLE LEVIN, :
:
            Plaintiffs, :
:
v. : CASE NO. 1:05-CV-02494-GK
:
ISLAMIC REPUBLIC OF IRAN; IRANIAN :
MINISTRY OF INFORMATION AND :
SECURITY; SEYYED ALI HOSSEINI :
KHAMENEI; MOHAMMAD :
MOHAMMADI NIK; and IRANIAN ISLAMIC :
REVOLUTIONARY GUARD CORP, :
:
           Defendants. :

### [PROPOSED] JUDGMENT

Pursuant to this Court's order granting Plaintiffs' Motion for Default Judgment, judgment is hereby entered in this action for Plaintiffs Jeremy Levin and Dr. Lucille Levin, and jointly and severally against each of the Defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Revolutionary Guard Corp, as follows:

    Jeremy Levin in the amount of Twenty-Five Million Dollars ($25,000,000);

and

    Dr. Lucille Levin in the amount of Fifteen Million Dollars ($15,000,000).

DATED: _____   _____
                                                       Judge of the United State District Court