UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY LEVIN and DR. LUCILLE LEVIN,  :
:
        Plaintiffs,  :
:
v.  : CASE NO. 1:05-CV-02494-GK
:
ISLAMIC REPUBLIC OF IRAN; IRANIAN  :
MINISTRY OF INFORMATION AND  :
SECURITY; SEYYED ALI HOSSEINI  :
KHAMENEI; MOHAMMAD  :
MOHAMMADI NIK; and IRANIAN ISLAMIC :
REVOLUTIONARY GUARD CORP,  :
:
        Defendants.  :

## DECLARATION OF SUZELLE M. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

I, SUZELLE M. SMITH, declare as follows:

1.    I am an attorney at law duly admitted to practice before the District Court for the District of Columbia, and am a partner with the law firm of Howarth & Smith, attorneys of record for Plaintiffs Jeremy Levin and Dr. Lucille Levin, in the matter of *Jeremy Levin, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:05-CV-02494-GK. I make this declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the facts contained herein.

2. I make this declaration in support of Plaintiffs' Motion for Default Judgment.

3. I am informed by Mr. Levin and Dr. Levin that they are both 75 years old and under medical care for serious health conditions. They no longer live in the District of Columbia, and advise me that it would be a significant burden for them to travel to D.C. for a hearing. However, if the Court should require Plaintiffs' to personally appear and give testimony, they are prepared to do this and whatever else is necessary in order to complete the default judgment procedure to the satisfaction of the Court.

4. Attached as Exhibit A is a true and correct copy of the Entry of Default, dated August 29, 2006.

5. Attached as Exhibit B is a true and correct copy of the Affidavit of Jeremy Levin, dated September 28, 2006.

6. Attached as Exhibit C is a true and correct copy of the Affidavit of Dr. Lucille Levin, dated September 28, 2006.

7. Attached as Exhibit D is a true and correct copy of the Affidavit of Dr. Patrick Clawson, dated October 26, 2006.

8. Attached as Exhibit E is a true and correct copy of the Affidavit of Dr. Landrum Bolling, dated November 21, 2006.

9. Attached as Exhibit F is a true and correct copy of the Complaint filed in the matter of *Jeremy Levin, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:05-CV-02494-GK.

10. Attached as Exhibit G is a true and correct copy of the Affidavit of Jennifer C. Davis in Support of Default, dated August 28, 2006.

11. Attached as Exhibit H is a true and correct copy of the U.S. Department of State, Patterns of Global Terrorism Report, 1985.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of December, 2006, at Los Angeles, California.

/s/ Suzelle M. Smith