## AFFIDAVIT OF JEREMY LEVIN

I, Jeremy Levin, being duly sworn, depose and say:

1. I was a hostage in Beirut, Lebanon in 1984, for almost a year; held by Hizbollah. I am married to Dr. Lucille Levin ("Sis").

2. I worked for more than 30 years in broadcast journalism. During that time, I wrote, produced, and directed news documentaries, and at various times was a hard news reporter, writer, and producer in both radio and television local and network news operations. In addition I have also been in broadcast news management as a news director of local television stations and as a bureau chief and correspondent for Cable News Network (CNN).

3. I am a founder of the American Hostage Committee, a network of families of American past and present hostages in Lebanon, and the Journalists Committee to Free Terry Anderson.

4. Prior to moving to Beirut, I was a resident of Washington, D.C., working for CNN.

5. In December 1983, I was asked by CNN's president, Burt Reinhardt, to transfer to Beirut, Lebanon to run the company's bureau there and also serve as a correspondent. I accepted the assignment and arrived on December 23rd. On January 22, 1984, my wife Sis joined me. For eleven weeks, from December 1983 until March 7, 1984, I worked for CNN in Beirut as Bureau Chief.

6. At 8:00 a.m. on March 7th, 1984, I was walking from the West Beirut apartment where my wife and I were living to the CNN Beirut bureau located in the celebrated Commodore Hotel Annex about fifteen minutes away. About three minutes after I set out, I felt a tap on my shoulder and heard a voice saying softly, "Excuse me." I turned and found myself looking down on a grim faced, bearded, mustached youth, who quickly shoved a handgun at my waist, and clasped his free hand on my shoulder. At the same time he said softly but firmly, "you come," and pushed me around toward the street.

7. As this was happening a car pulled up, its back door already open. The man pushed me into the empty back seat, shoved in behind me, pushed my head down into the seat and yelled as the car roared off, "Close eyes!! Close eyes!! You see, I kill!!"

8. As we sped through West Beirut, I worried about my wife's safety. I felt there was good reason to be frightened about her, because she had left our apartment about fifteen minutes before me; so it was possible that she had been kidnapped too.

9. When the car stopped, I was blindfolded and led into the back room of a house or apartment, and shoved down on a bed. I repeatedly asked why I had been kidnapped and whether or not my wife was safe. My captors responded by accusing me of being a C.I.A. spy. I was shoved, slapped, and ridiculed.

10. I insisted that I was not a C.I.A. spy. I explained over and over that I was a TV journalist, CNN's Beirut Bureau Chief and correspondent. They said I was Jewish, and then accused me of being an Israeli spy. I repeated who and what I was, but got the same reply.

11. About four hours after I was taken, I was tightly blindfolded, gagged and wrapped round and round with packing tape, and placed in the back of a truck. My captors drove me out of Beirut and up the mountain roads outside of the city.

12. After about two and a half hours the truck descended from the mountains and began a fast run along what seemed to be a smooth level highway. I knew this had to be the main road between Beirut and Baalbeck, the main city in the Bekaa Valley.

13. The truck entered a building just off the road, and I was dragged out. The tape was pulled off, and the gag was taken out. Still blindfolded, I was led up a flight of stairs to a tiny room, my cell for the next eight weeks.

14. During my confinement in this and other solitary cells, my freedom of movement was limited because I was secured each time to the wall by a chain. It was only about two and a half feet long and was padlocked to my left wrist and always close to the floor, so low that I could not stand up but only sit up or lie down.

15. I was given an upholstered foam rubber cushion about five feet by two and a half feet by four inches thick to sit or lie on. My chain was not long enough to let me move off the cushion.

16. After several months of only being able to sleep on my left side or back, my left shoulder got very sore; so sleep became difficult and troubled. Since exercise was drastically limited, I became generally stiff.

17. I was also continuously cold because the room was unheated.

18. The first four months of my captivity were obedience training. It was clear that my captors wanted me to understand that I was dependent on them for everything, including my life; and they were rough to the point of beating me and jumping on my legs until they were apparently satisfied that I understood that my needs would be met so long as I did what I was told. The purpose of this was to make me obey the only two rules they ever laid down.

19. The first rule was not to see their faces. I was blindfolded whenever they were with me. That included when they brought me food, and, if they stayed in the room, while I ate it. It also included when they took me to and from the bathroom. Most of the time, they only took me to the bathroom once a day in the morning. The blindfold had to stay in place while I relieved myself and washed my hands with an often taunting, mocking guard looking on.

20. The second rule was not to see out. I was warned. "You see out, we kill." When they made this threat, they would shove their pistols against my neck or underneath my blindfold so I could see the barrel. Then the man holding the gun would say, "Blindfold O.K., you O.K. Blindfold not O.K., you not O.K." There would be a slight pause, then a "click" as pulled the trigger on his empty gun.

21. I was not fed very much. I lost weight quickly, about thirty pounds. When I reached freedom, my chest was pinched, my arms and legs looked like slender twigs.

22. In the first three months I was only allowed one shower and one change of clothes. The worst period was the ten weeks from the middle of October to the end of December. During that time, I was not allowed to shower or change clothes and my sink

was a very rudimentary toilet – a hole in the floor fed by a rubber hose attached to a cold water spigot.

23. Diarrhea struck hard in July. It got so bad that within four or five days I was having to make several trips to the bathroom during the day and night – much to the annoyance of my jailers who preferred those once daily trips they normally allowed. Finally they realized I was not going to get better, so they brought a doctor. The doctor said he was going to get me some medicine and that I would be okay in a few days. But no medicine was given, and I got worse.

24. One night the men did not come when I needed them badly. I tried to use the bottle that my drinking water was kept in, but I made a mess on the mattress. The next morning there was no way that my jailers could escape the fact that I was worse. They again brought the doctor to see me. He asked me if I had been using the medicine, and I told him I had not been given any.

25. The doctor barked a few orders in Arabic and assured me that I would be given medicine right away. A few hours later a jailer brought me some pills and a syrup. I do not know what they gave me.

26. I later learned that what I had contracted in captivity was hepatitis. After the doctor got my captors to give me the medicine, it was nearly a month before my condition began to improve at all.

27. In addition to the hepatitis, my ears became severely infected early on in my captivity. I have virtually lost my hearing, and I have had to wear hearing aids ever since.

There is constant noise (Tintinitis), which my doctor says will never go away.

28. Although I was in solitary confinement, from my room, I could hear people led in one at a time to and from the bathroom. I could hear their knocks to be let out and then the door being opened and often someone saying softly, "Come," much like my captors did with me after they opened the door and wanted me to step out. I concluded from the knocks that there were other hostages, and because my captors spoke to them in English, I was certain they were American.

29. William Buckley, the Beirut CIA Station Chief who was kidnapped nine days after me, was being held by Hizbollah in the same house as me.

30. My captors had very little to say to me, but occasionally the guards, who by their voices seemed to be very young men in their late teens or twenties, would come into my cell give me a list of their grievances. They told me they were angry at our government for backing Israel's invasion of Lebanon in 1982 and supporting its continued occupation in the south; and they were angry at the United States' violent involvement in the civil war. They also reminded me of the battle ship New Jersey and smaller naval ships firing a torrent of huge shells at Druze and Muslim areas in and around Beirut. They told me that Hizbollah were freedom fighters and that I was a prisoner of war.

31. Four months after I was taken, I finally learned why I was being held. In early December 1983, prior to my kidnapping, seventeen militant Iranian backed terrorists, members of Hizbollah, three of whom were Lebanese, were arrested in Kuwait for planting bombs in the French and U.S. Embassies in Kuwait. One of the three Lebanese prisoners

was a close relative of Imad Mughniyah, who at the time was a leader of a faction of Iranian backed Lebanese militant radicals operating in a confederation of factions commonly known as Hizbollah (Party of God). The trial of the seventeen began in March 1984, shortly after I was kidnapped on March 7th.

32. On July 5, 1984, my captors gave me a statement to read which they videotaped and sent to the State Department. It asked our government to intercede with the government of Kuwait to free the prisoners there. "My life and freedom," my message said, "depends on the life and freedom of the prisoners in Kuwait." I knew that the prisoners mentioned were the seventeen Shi'ite Muslims in Kuwait whose trial for the bombing the United States and French embassies there in December 1983 had been scheduled to take place the month I was kidnapped.

33. I later learned that the two other Americans kidnapped up to that time had recorded the same message on the same videotape. By the time I made the tape I was already quite sure I was not the only American hostage, due to the voices I could hear and the moans.

34. The demand I was forced to read was terrifying because I was quite sure that striking a deal to free us would be difficult, perhaps impossible. For about two days I was swept by panic and the certainty that I was doomed. I felt it was possible that I might be murdered if no deal was made. I decided what I really had to do was escape.

35. I was afraid; I was weak and sick. But the best thing to do, I concluded, was to be patient, and try to accumulate enough useful information about my situation so that I

would be able to successfully make a break for it if a chance to get away came.

36. I had a couple of chances to escape while in the second house, but held back because I did not know enough about the situation to be confident about my chances of getting away from my captors which is what I had to do first.

37. I gradually came to believe that once I got free of the house the best thing I could do would be to try to fall into the hands of the Syrian Army which controlled that part of Lebanon, and take my chances with it, even though Syria and the United States were in a harshly hostile mode.

38. I was moved two more times, along with the other hostages. The last move for me was took place on December 30th. Once again my room was next to the bathroom; and by counting the knocks I learned that one more hostage had been added. Around the middle of January there was a new knock. Another American, I thought: the fifth by my crude estimation.

39. My chance to escape came on February 14, 1985. My captors were careless with my chain, and I was able to get loose.

40. Despite my captors' warnings not to look out, I had been doing that all along, and had been beaten up a couple of times when I was not able to convince them that I had been a good obedient prisoner. In the last house, my furtive frightened peeking revealed enough about my surroundings that I was confident it would be relatively safe late at night to try to sneak away.

41. I could see that I was near the top of a mountain looking down on a fairly large town with a highway running through it. Miles to the west I could see a mountain chain paralleling the city, topped by a long snow capped mountain, unmistakably Mount Lebanon.

42. There was no question that I was looking down on Baalbeck, a stronghold for the Iranian backed Shi'ite fundamentalist militias who trained there. I decided if I could just get to the main Bekaa Valley road – the one I had been driven up nearly a year before – I would worry about what to do about reaching the Syrians after that.

43. That night at midnight, February 14, 1985, I worked free of my chains, tied three blankets together, climbed through the window of my room onto the balcony outside it, tied the blankets to the balcony's protective railing and lowered myself down from the second floor to the ground. Shoeless, and without my glasses, I zigzagged my way down the mountain as fast as I could.

44. As I worked my way to the highway, a housedog must have heard me and barked. Another dog joined in, then another. By the time I reached the bottom of the mountain my presence was signaled by a symphony of barking, yowling, growling, howling dogs. I was terrified.

45. The inevitable happened. People were aroused. I heard voices coming my way. I was afraid they might be the kidnappers; so I hid under a truck. But I was discovered. Lights were pointed my way. Guns were fired in the air. Someone yelled I think the Arab equivalent of "Come out with your hands up."

46. Very frightened, I crawled out and walked toward the lights. I saw that the men were wearing the red berets of Syrian soldiers. They seemed bemused by the wild looking, scraggly bearded, shoeless, squinting man babbling broken English and French, desperately trying to make them understand who and what he was.

47. After interrogating me in a nearby gas station for about forty minutes, trying to get a handle on my story (which was not easy since I do not speak Arabic and only rudimentary French, and their English was no better), they assured me that everything would be okay. I was nevertheless taken under heavy protective guard to a square which in the dark appeared to be near the center of Baalbeck.

48. Throughout the next day, before they handed me over to the American Ambassador in Damascus, I had detailed discussions with the Syrians about my captivity. They were curious as to whether or not I knew if others were being held along with me, how many, and whether or not I had been in contact with them. I told them about how many others I thought there were and that I had guessed they must be Americans. The Syrians confirmed my suspicions and for the first time told me their names: William Buckley, Benjamin Weir, Peter Kilburn, and Lawrence Martin Jenco. They also confirmed that Hizbollah aided by and guided by Iran was responsible for the kidnappings.

49. Since my return to the United States, I continue to have health problems as a result of my ear infections. I have had three complete eardrum replacements as a result of my ear infections. Each surgery cost about $17,000, for a total of $51,150 for all three surgeries. In addition, I have had to have drainage tubes put in my ears on three separate

occasions, with each procedure costing about $225, for a total of $675. Since my return, I have also had to see an ear doctor regularly, about six times a year, at a cost of $60 per visit for a total of $7,920 over the last 22 years. I also regularly need to use antibiotics and eardrops for recurring ear infections at a cost of about $100 per year, or $2,200 over the last 22 years. Finally, I have had to purchase 3 sets of hearing aids since 1990 at a cost of $1,730 per set or $5,190. Batteries for my hearings aids cost me about $50 per year or $800 since 1990. Thus, my medical costs for physical injuries resulting from my kidnapping, including medication, total approximately $67,935 from 1984 to the present.

50. I continue to be treated for my physical injuries and disabilities, and the prognosis is that I will need medical treatment in the same approximate degree for the rest of my life. I was born on March 20, 1932 and I am 74 years old. Using a reasonable conservative life expectancy of 85 years old, I estimate that the cost of my future medical treatment will cost me about $33,968.

51. I have also undergone psychological counseling since my return to help my wife and me cope with the stress from the kidnapping and torture. I have seen Dr. Bowen and Dr. Bramhall in Washington D.C. and received treatment approximately once a week for about a year at a cost of about $175 per session, for a total cost of $9,100. This is in addition to the sessions I had with my wife, Sis Levin, and Dr. Winston E. Gooden at the Fuller Seminary in Pasadena. I anticipate that I will need therapy for the rest of my life. Using a reasonable conservative life expectancy of 85 years old, at $175 per session once a week, I estimate that the cost of my future psychological treatment will cost me about $100,100.

52. After I returned from Lebanon and until 1990, CNN kept me on the payroll and at $65,000 per year, but I was never given another raise and I never advanced and eventually, CNN let me go. I estimate that I could have earned about $100,000 at CNN had I been able to work as I did prior to the kidnapping. Since CNN, I have been able to find sporadic journalistic work, but my career in major broadcasting was over. I loved journalism and would have continued to work until my death, but for the kidnapping. I currently write an online free column concerning the Middle East that I send out about once a month. I estimate that my lost earnings are approximately $2.9 million.

_____
Jeremy Levin

Sworn and subscribed to before me
this 28th day of Sep 2006.

_____
Notary Public   4-28-07