## AFFIDAVIT OF DR. LANDRUM RYMER BOLLING

1.  I, Landrum Rymer Bolling, a citizen of the State of Indiana, with my permanent residence at 2851 Mattie Harris Road, Centerville, Indiana, do herby undertake to set forth a true and faithful account concerning my personal knowledge of the experiences -- distress, mental pain and suffering -- Jerry Levin and his wife, Lucille (Sis) Levin had to endure on account of his abduction by a terrorist group that held him in solitary confinement in the Beqa Valley of Lebanon from March 1984 to February 1985.

2.  By way of introduction, I should explain that I have spent most of my professional life working either as a journalist or an academic: some years as a foreign correspondent, other years as a college professor of international relations and political science. I am now ostensibly retired but still full-time employed as a senior advisor on policy and program development, with the title of Director at Large, for an international relief and development agency, Mercy Corps, that carries out humanitarian assistance projects in areas of natural disasters and in countries devastated by wars, terrorism, and internal conflicts. The region of greatest interest and concern for me for more than thirty years is the Middle East, where I am still active on behalf of Mercy Corps programs.

3.  In 1971, I wrote and published a book, sponsored by the Quakers, entitled Search for Peace in the Middle East. Later, President Jimmy Carter asked me to serve as an unofficial, secret channel of communication between his administration and Yaser Arafat and his movement, the Palestine Liberation Organization. At that time, the PLO was listed as a "terrorist" group which our government could not officially recognize or deal

with directly -- but about which it was essential that we have reliable updated information.

4.    In those years, and later during the Reagan administration, I made many trips to the Middle East in connection with these assignments from the White House and the State Department and held many talks with Arafat and his PLO deputies.

5.    In the early fall of 1984, while I was serving in my last academic post as Rector (director) of The Tantiur Ecumenical Institute in Jerusalem, I came back to Washington D.C. on business and was sought out by the Reverend Gordon Cosby, pastor of the Church of the Savior on Massachusetts Avenue. He was a friend I had known for many years; he wanted advice and assistance in his efforts to help a woman in his church who was frantically searching for some way to locate or get in touch with or rescue her missing husband.

6.    That was my introduction to Mrs. Levin and to the kidnapping of her husband Jerry. She seemed to be emerging from a period of quiet grieving and fatalistic submission to the frustrating bureaucratic evasions, and even rip-off deceptions, she had encountered in Lebanon and back in the United States in response to her constant and always disappointing efforts to learn something about what had happened to her husband. She did not know whether he was dead or alive -- and, if alive, what condition he might be in. Clearly, she was "boiling over" in anxiety and fear and anger about what had befallen her and her husband. She was deeply troubled and irritated by what she had come to feel were empty, meaningless words she was getting from the State Department. "They were working on it." "They were following up various leads." "They didn't have as yet anything

firm to report." "Just be patient -- and wait; there's really nothing you can do."

7. She told me she was not going to just sit back and "take it" any longer. She was going to "do something." At least, she was going to speak out. She had given an interview to The New York Times and gone on television with her story. She was afraid that in the mysterious secrecy of the State Department, Jerry would just be forgotten. She wanted to make a public appeal to his captors

8. She wanted to go back to the Middle East and see if a personal appeal in the area might bring some results, and whether, at least, she might talk with local Arab officials who might get some information about Jerry. What did I think?

9. I told her that if I were in her place, and had come to her desperate state of mind, I would want to establish some kind of contact with the Syrian government. The Syrians were a strong presence inside Lebanon, and particularly in the Beqa Valley where, it was speculated, hostages were being held. She told me she had had the same idea and had talked about it with representatives of the State Department. They, however, had said "Don't bother. You won't get anywhere. And, any way, we're already working on that channel, but we haven't turned up anything."

10. Sis said to me: "That's not good enough. Crazy or not, I want to go myself. Can you help me?"

11. I replied: "If you are really determined to do it, here's what I would suggest. I'll be back in the Middle East soon. If you'll meet me in Amman, Jordan, on October 20, I will get a car to drive us up to Damascus. I will introduce you to some influential Sryrians,

you can tell your story, and we'll see. I am sure I can get you in to talk with the Foreign Minister whom I have met with on several occasions. If we are lucky, we might even get an interview with President Hafez al Asad. I spent an hour and a half in non-stop conversation with him some months ago. Of course, he's terribly busy and not very well, and that's probably a pipe dream. I will also make contact with some of the more radical factions of the PLO who have their base in Syria. They might know something about the gang that snatched Jerry. And I'll take you to a Christian woman manager of a book store, Mahat el Khoury, who is also Secretary of the Near East Council of Churches. She seems to know everybody of importance in Damascus, and maybe that would help. And, of course, one of the first things we'd have to do is go see the American ambassador and find out what he knows, if anything, and what he would recommend. Who knows! Obviously, we can't be sure that we will accomplish anything. It could be a total waste of your time and money -- and you could wind up being even more depressed than before."

12. Despite that cautionary warning, Mrs. Levin quickly, eagerly said she'd do it. Clearly, in her state of desperation linked to an almost blind, irrational determination to "do something," she was not prepared to go on with more empty, agonizing waiting around.

13. On the appointed day, we met in Amman. The U.S. Ambassador to Syria and his staff were wonderfully supportive.

14. We never met with President Asad, but we had very sympathetic, understanding talks with Foreign Minister Farouk el Shara. The PLO radical leaders couldn't or wouldn't tell us anything, and I could get no evidence of what kind of links they

might have had with the Lebanese terrorists who had abducted Jerry.

15.    I had an extraordinary meeting with Walid Jumblatt, head of the Lebanese Druse community, who shuttled between Damascu and Beirut. He warned me not go to Beirut, as I had planned, saying that the terrorists who had taken Jerry were almost certainly part of a ruthless, secretive network of violent extremists who were very hostile to Americans. "You are a man of good will, no doubt," he said, "but you are an American, and no American is safe in Beirut today."

16.    In those days, the term Hezbollah had not emerged as the name of the chief Lebanese Muslim extremist group. But already armed militant cells of the movement were carrying out attacks on Americans. The most spectacular such episode was the suicide truck bombing of the American Marine barracks near the Beirut airport more than a year before Jerry Levin was kidnapped. Over the years, it has been well established that these acts of violence, though carried out by local Lebanese extremists, were facilitated by money and arms that came from Iran.

17.    I spent two weeks in Damascus with Sis in October and early November, 1984, exploring a variety of approaches for trying to find what had happened to Jerry. The one thing we did accomplish -- though more was accomplished in the month after I left by Sis working with sympathetic Syrians -- was to get out the words of and to publicize the image of a courageous, grieving wife who was determined that the world should not forget her captured husband. The message she put forth again and again was that Jerry was a decent, humane, non-vindictive human being who had a lot of sympathy for the plight of

many impoverished Arabs in the turbulent Middle East and that if he were freed he would work for peace and reconciliation.

18. How much effect what Sis Levin said and did during those fateful weeks may have had in bringing about his release, we will never know. But I was unforgetably impressed by what a courageous, desperate, deeply troubled but determined wife could do to help two people survive a traumatic experience of frightening horror.

*Landrum Rymer Bolling*
Landrum Rymer Bolling

Sworn and subscribed to before me
this 21st day of Nov 2006.

_____
Notary Public

**Amy Broxterman**
Notary Public, District of Columbia
My Commission Expires Feb. 28, 2010