## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEREMY LEVIN and DR. LUCILLE LEVIN,   :
                                      :

                Plaintiffs,   :

                                        :

v.   : CASE NO. 1:05-CV-02494-GK
                                        :

ISLAMIC REPUBLIC OF IRAN; IRANIAN   :
MINISTRY OF INFORMATION AND   :
SECURITY; SEYYED ALI HOSSEINI   :
KHAMENEI; MOHAMMAD   :
MOHAMMADI NIK; and IRANIAN ISLAMIC:
REVOLUTIONARY GUARD CORP,   :
                                        :

                Defendants.   :

## AFFIDAVIT IN SUPPORT OF DEFAULT

     I, JENNIFER C. DAVIS, certify under penalty of perjury, this 28th day of

August, 2006, that I am an attorney of record for Plaintiffs Jeremy Levin and Dr.

Lucille Levin ("Plaintiffs") in the above-entitled case; and that:

     1. The Complaint in this matter was filed against the Islamic Republic of

Iran ("Iran"), the Iranian Ministry of Intelligence and Security ("MOIS"), the

Islamic Revolutionary Guard Corps ("IRGC"), Seyyed Ali Hosseini Khamenei,

and Mohammad Mohammadi Nik (collectively "Defendants") on December 30,

2005.

     2. Plaintiffs attempted service of process on all Defendants pursuant to 28

U.S.C. § 1608(a)(3) and (b)(3), by providing the Clerk of the Court with the

1

required number of copies of the Summons, Complaint, and Notice of Suit for service on each of the Defendants, with Farsi translations. The Clerk of the Court received Plaintiffs' request for foreign service on January 19, 2006. On February 28, 2006, the Clerk of the Court prepared and dispatched copies of the Summons, Complaint, and Notice of Suit, together with translations of each in Farsi, by registered international mail, return receipt requested.

3. Plaintiffs attempted service again on Defendants Iran, MOIS, and IRGC, this time through diplomatic channels pursuant to 28 U.S.C. §1608(a)(4), by providing the Clerk of the Court with the required number of copies of the Summons, Complaint, and Notice of Suit, with Farsi translations. The Clerk of the Court received Plaintiffs' request for foreign service through diplomatic channels on April 6, 2006. On April 14, 2006, the Clerk of the Court prepared and dispatched the copies of the Summons, Complaint, and Notice of Suit, together with translations of each in Farsi, to the U.S. Department of State for service through diplomatic channels. On June 26, 2006, the U.S. Interests Section of the Embassy of Switzerland in Tehran, which had received Plaintiffs' Summons, Complaint, and Notice of Suit, with Farsi translations, from the U.S. Department of State, served Iran, MOIS, and IRGC with the documents pursuant to 28 U.S.C. § 1608(a)(4).

4. Pursuant to 28 U.S.C. § 1608(c) and (d), Defendants Iran, MOIS, and IRGC had sixty (60) days from June 26, 2006, to answer or make some other type

of responsive pleading. Defendants Iran, MOIS, and IRGC's answers or other responsive pleadings were due on or before August 25, 2006.

5. Defendants Khamenei and Nik have not responded to Plaintiffs' mail service made pursuant to 28 U.S.C. § 1608(b)(3) by registered international mail, return receipt.

6. The authority for obtaining personal jurisdiction over the Defendants served outside the District of Columbia is 28 U.S.C. §§1330, 1605(a)(7), 1608(a)(4), and 1608(b)(3).

I further certify under penalty of perjury that no appearance has been entered by Defendants in this case; no pleading has been filed and none served upon the attorney for Plaintiffs; no extension has been given and the time for filing has expired; and Defendants are neither an infant nor an incompetent person. Accordingly, a Rule 55(a) default is timely and appropriate.

The Clerk is requested to enter a Default against all named Defendants.

DATED: August 28, 2006                Respectfully submitted,


                                      /s/ Jennifer Davis
                                      Jennifer C. Davis
                                      Cal. Bar. #218306
                                      Howarth & Smith
                                      523 West Sixth Street, Suite 728
                                      Los Angeles, California 90014
                                      Phone: 213-955-9400
                                      Fax: 213-622-0791

                                      Attorney for Plaintiffs