

This *Patterns of Global Terrorism* report from the United States Department of State was digitized and made available by the National Memorial Institute for the Prevention of Terrorism (MIPT) located in Oklahoma City (http://www.mipt.org/). Reproduction in any form is prohibited without the express written permission of MIPT.

Copyright © 2005 MIPT.

621 N. Robinson, 4th Floor
Oklahoma City, Oklahoma 73102
405.232.5121 ♦ Fax: 405.232.5132 ♦ www.mipt.org
*A living memorial to those who were killed, those who survived and those changed forever*

United States Department of State

# Patterns of Global Terrorism: 1985

October 1986

There are a wide variety of definitions used by experts to describe the phenomenon of terrorism, but no single one has gained universal acceptance. For purposes of recording and coding data on terrorist incidents, we have adhered to definitions that represent a middle ground within the broad range of expert opinion, both foreign and domestic.

***Terrorism*** is premeditated, politically motivated violence perpetrated against noncombatant targets by subnational groups or clandestine state agents, usually intended to influence an audience.

***International terrorism*** is terrorism involving citizens or territory of more than one country.

# Contents

|  | Page |
|---|---|
| The Year in Review | 1 |
| The State Support Issue | 4 |
| Libya | 4 |
| Syria | 6 |
| Iran | 6 |
| South Yemen | 7 |
| Role of Cuba | 7 |
| Role of Nicaragua | 8 |
| Role of the Soviet Union and Eastern Europe | 8 |
| Role of North Korea | 8 |
| Terrorist Spillover From the Middle East | 8 |
| Growing Problem | 8 |
| Why Western Europe? | 12 |
| Target USA | 15 |
| Casualties | 15 |
| Hostages | 18 |
| Other Anti-US Violence | 18 |
| Regional Patterns | 18 |
| The Middle East | 18 |
| Iran and Lebanon | 18 |
| Israel and the Palestinians | 20 |
| Kuwait | 20 |
| Jordan | 21 |
| Syria | 21 |
| Western Europe | 21 |
| West Germany | 21 |
| France | 22 |
| Belgium | 23 |
| Spain | 23 |
| Portugal | 23 |
| Italy | 24 |
| Greece | 24 |
| Northern Ireland | 24 |
| Luxembourg | 24 |

MIPT
National Memorial Institute
for the Prevention of Terrorism
in Oklahoma City

Case 1:05-cv-02494-GK    Document 14-9    Filed 12/12/2006    Page 5 of 50

| | | | |
|---|---|---|---|
| Latin America | | | 24 |
| | El Salvador | | 24 |
| | Colombia | | 25 |
| | Chile | | 26 |
| | Peru | | 26 |
| | Ecuador | | 27 |
| Asia | | | 27 |
| | Sikh Extremists | | 27 |
| | Sri Lanka | | 28 |
| | Japan | | 28 |
| | The Philippines | | 29 |
| | Pakistan | | 29 |
| | New Caledonia | | 29 |
| | New Venues for Terrorism | | 29 |
| | Other Areas | | 29 |
| Sub-Saharan Africa | | | 29 |
| | Mozambique | | 30 |
| | South Africa | | 30 |
| | Namibia | | 31 |
| | Angola | | 31 |
| | Chad | | 31 |

**Appendixes**

| | | |
|---|---|---|
| A. | Chronology of Significant Terrorist Events, 1985 | 33 |
| B. | Victims of International Terrorism, 1985 | 41 |
| C. | International Terrorist Incidents, 1985 | Foldout |

# Patterns of Global Terrorism: 1985

## The Year in Review

*International terrorists had a banner year in 1985.*[1] They carried out more attacks than in any year since the decade began; caused more casualties—especially fatalities—over that same period (329 alone occurred when an Air India jetliner was blown up in June) ; conducted a host of spectacular, publicity-grabbing events that ultimately ended in coldblooded murder; increasingly turned to business and more accessible public targets as security at official and military installations was strengthened against terrorism, and, in so doing, counted among their victims a record number of innocent bystanders; and finally, gave pause to international travelers worldwide who feared the increasingly indiscriminate nature of international terrorism.

*In 1985, 782 international terrorist incidents occurred, a 30-percent increase over 1984.* One-third of these incidents resulted in casualties; more than 800 persons were killed and over 1,200 were wounded.

*A comparison by region of the 1985 data with those of 1984 reveals no consistent pattern; international terrorist attacks increased in some places but declined in others.* Last year more international terrorist incidents—more than 350—were recorded in the Middle East than in any other part of the world. If the number of attacks conducted by Middle Eastern terrorists elsewhere is also included, Middle East terrorism accounted for 441, or nearly 60 percent, of the total international terrorist incidents in 1985. For the first time in a decade, Western Europe dropped from first to second place as a venue for international terrorism, with 218 incidents. Most attacks by West European terrorists were designed to avoid casualties, but most of those by Middle Eastern terrorists were intended to cause maximum casualties. In 1985 Middle Eastern terrorists worldwide killed more than 230 persons and injured more than 820.

*Citizens and property of at least 84 countries were victims or targets of international terrorist attacks in 1985, compared with 76 in 1984.* International terrorist incidents took place in at least 72 countries. Attacks against business interests increased over 1984—from 165 to 227. Attacks against diplomatic personnel or facilities dropped from 133 to 91, but attacks against other official and military targets increased from 84 to 92, and from 53 to 67, respectively.

*Certain categories of incidents increased markedly.* Arson attacks jumped from 57 in 1984 to 102 in 1985, bombings rose from 302 to 399, and the number of kidnapings increased from 47 to 87. Attacks against US citizens or property rose from 133 in 1984 to 170 in 1985. About 45 percent of the 1985 incidents involving US targets occurred in Latin America; more than one-third took place in Western Europe. Of the 17 anti-US terrorist incidents that occurred in the Middle East, 13 were in Lebanon.

*Last year saw a substantial increase in the number of indiscriminate casualties.* In 1985 most victims were random targets, such as tourists or passers-by. The number of incidents against victims such as nonofficial public figures and others not expressly affiliated with business, government, or the military increased from 280 in 1984 to 479 in 1985.

[1] Our statistics cover only international terrorist incidents (as defined on the inside front cover) , but for many countries they represent only a small fraction of the politically motivated violence. Where appropriate, therefore, the text and chronology include references to indigenous terrorism and other types of political violence. For illustrative purposes, consider the following: if a member of the French terrorist group Action Directe (AD) attacks a Frenchman in France, the incident is classified as an instance of indigenous terrorism. Should that same terrorist attack a US or other foreign national in France—or an individual or facility belonging to any nationality located outside France—the event is recorded as international terrorism. Thus, the annual statistics that we cite would include the latter incident, but not the former. Our information base on indigenous terrorism, while sizable, is not comprehensive enough to permit us to provide statistical data with the same degree of confidence as we do on international terrorism. As a result, only international terrorist incidents are included in the statistical sections.

## International Terrorist Incidents, 1981-85

Number of incidents



## Geographic Distribution of International Terrorist Incidents, 1985

Percent

Western Europe-27.9
USSR/Eastern Europe-0.3
North America-0.5
Asia/Pacific-5.2
Sub-Saharan Africa-5.2
Latin America-15.2
Middle East-45.7



*Sovereign states continued to be active in supporting terrorism last year.* In 1985, 93 incidents (12 percent of all international terrorist incidents), one-third of which occurred in Western Europe, bore indications of state support. More than 90 percent of state-supported terrorist incidents were conducted by groups or agents supported by Middle Eastern states—most notably Libya, Syria, and Iran. Libya moved toward closer ties to the radical Palestinian Abu Nidal Group, and Syria's role as a patron of international terrorism reached a new high. Iranian-backed groups, such as the fundamentalist Shia Hizballah in Lebanon, kidnaped nearly a dozen Westerners in Lebanon in 1985, although these kidnapings probably did not occur as a result of Iranian direction.

*International terrorism of Middle East origin increased substantially in 1985.* Nearly six out of every 10 attacks either occurred in the region or were conducted by Middle Easterners elsewhere. Palestinian groups—whether considered politically moderate or radical—increased their level of international terrorism by nearly 200 percent, accounting for 256 incidents, or one-third of the total.

*Middle Eastern terrorists increased their level of activity outside the region, especially in Western Europe.* In 1985, 74 acts of terrorism by Middle Eastern terrorists occurred in Western Europe, compared with 61 in 1984.[2] During the period from 1981 to 1983, the average annual number of such incidents was 35. The highest levels of Middle East–origin activity occurred in Greece, Cyprus, and Italy. Among these "spillover" incidents were some of the most dramatic, and lethal, attacks of the year: the hijacking in June of a TWA jetliner flying from Athens to Rome; the seizure of the Italian cruise ship Achille Lauro in October as it departed Alexandria, Egypt; the hijacking in November of an Egyptian jetliner from Athens to Malta; and near-simultaneous machinegun and grenade massacres at the Rome and Vienna airports in December.

[2] Attacks by Armenian terrorist groups are not included.

2

## International Terrorist Incidents
## By Type of Target/Victim, 1985[a]

Percent



Business-23.75
Politically affiliated-3.00
Nonofficial public-4.15
Military-7.01
Diplomatic-9.52
Other-27.52
Private party-15.43
Other government-9.62

[a] These percentages are based on numbers that are higher than the total number of incidents because of multiple recordings of victims and/or installations attacked.

## Casualties Resulting From
## International Terrorist
## Incidents, 1981-85

Number of casualties



Wounded

Killed

*In Israel and the occupied territories, international terrorism increased markedly in 1985.*[3] Of 357 international terrorist incidents that occurred in the Middle East, more than 220 took place in Israel, the West Bank, and Gaza Strip—up nearly 200 percent from the previous year. Much of the increase was the result of the activity of various Palestinian groups, both inside and outside the Palestine Liberation Organization (PLO), against Israeli and Arab targets—partly in competition with, or opposition to, each other and partly to demonstrate that they still constitute a force to be feared.

*Western Europe experienced a slightly reduced overall level of international terrorist incidents in 1985 because decreased activity by West European*

[3] It should be noted that virtually all acts of political violence in the West Bank and Gaza Strip are coded here as international terrorism because of the special status of those territories. Of the 220-some incidents that took place in Israel and the occupied territories last year, 139—or 60 percent—occurred in the West Bank.

*terrorists offset increased Middle East terrorism there.* Indigenous terrorist groups remained dangerous, however, and they continued their campaign against NATO targets that began in late 1984. Concern about cooperation among several West European groups was heightened by a joint communique issued in January by the West German Red Army Faction (RAF) and the French Action Directe (AD) that called for a "common anti-imperialist front" in Western Europe and a joint claim of responsibility for the car-bombing in August at Rhein-Main airbase in West Germany.

*In Latin America, international terrorism increased by about 45 percent over 1984, totaling 119 incidents.* Chile and Colombia showed the greatest increase. Terrorism against US targets made up the largest portion of international terrorist activity in Latin America last year. Perhaps the most vicious anti-US attack was the June massacre of 13 persons by a component of the Central

3

American Revolutionary Workers' Party (PRTC) —including four off-duty US Marines and two US businessmen—in a San Salvador cafe. Most of the political violence in the region, however, continues to result from local insurgencies, not international terrorism.

***Asia and Sub-Saharan Africa each accounted for 5 percent of all international terrorist activity last year.*** Asia witnessed an increase from the previous year, but activity in Sub-Saharan Africa declined somewhat. Sikh terrorists, who carried out their first international attacks in 1985, probably were responsible for the most lethal single incident of the year—the bombing of an Air India jetliner over the North Atlantic.

***In 1985, 20 percent of all international terrorist activity involved US citizens or property.*** Most anti-US attacks—45 percent—occurred in Latin America, primarily in Chile and Colombia. Another one-third took place in Western Europe, with West Germany a favorite location. Altogether, last year 38 US citizens were killed, and 157 were wounded, compared with 12 and 33, respectively, during the previous year. Business interests were the most frequently attacked US targets in 1985.

## The State Support Issue

In large measure, the range and lethality of terrorism in 1985 derived from the active role continually played by sovereign states—most notably Libya, Syria, and Iran. The unprecedented degree of backing by these states and, in some cases, their active participation in terrorist operations continued to make international terrorism very much a problem of the Middle East.

## Libya

Libyan leader Muammar Qadhafi has made terrorism one of the primary instruments of his foreign policy, generally through the support of radical groups that use terrorist tactics. Tripoli has operated numerous training sites for foreign dissident groups that provide instruction in the use of explosive devices, hijacking, assassination, and various commando and guerrilla techniques. It also has provided terrorist training outside Libya and has abused diplomatic privilege by storing arms and explosives at its diplomatic establishments.

### Patterns of Lethality

*Of the 782 international terrorist incidents in 1985, 270—slightly more than a third—resulted in casualties. Total casualties were 2,042—825 deaths and 1,217 injuries.*

*Ten incidents accounted for 63 percent of the fatalities in 1985. In contrast with 1984, when most of the 10 highest casualty-producing incidents took place in Africa and Asia and involved insurgent activity, in 1985 six of the 10 most lethal attacks occurred in Western Europe and seven involved bombings. In 1985 the perpetrators of most of the 10 incidents belonged to terrorist rather than insurgent groups.[a]*

*In 1985 international terrorists used car bombs more frequently than in the previous year—23 compared with 16. Further, several car-bombings occurred in countries that had not experienced them at the hands of international terrorists in 1984, namely Belgium, Greece, Spain, Chile, and Peru. The increased use of car bombs is consistent with the growing tendency toward indiscriminate attacks designed to kill or maim large numbers of people.*

[a] *Insurgency is a protracted political-military activity directed toward completely or partially controlling the resources of a country through the use of irregular military forces and illegal political organizations. Insurgent activity—which can include the use of terrorist tactics—is designed to weaken government control and legitimacy while increasing insurgent control and legitimacy. Insurgent movements have a relatively broader base of popular support than do most terrorist groups. These movements generally possess fairly sophisticated paramilitary forces and political infrastructures. In addition, insurgent violence more often than not involves the targeting of combatants; terrorists uniformly select noncombatant targets as their victims.*

In 1985 Libya was involved in fewer incidents than in the previous year—17 compared with 25—and more than half these attacks were assassination attempts against Libyan exiles during the first half of the year. In 1985 Libya sponsored five attacks against exiled Libyan dissidents in Greece, West Germany, Cyprus, Italy, and Austria. The former Libyan Ambassador to Austria survived a particularly vicious assassination attempt in February. Libya also plotted antiexile attacks in the United States. In May, for

4

**Casualties Resulting From International Terrorism, 1985**




Number of casualties

| | | |
|---|---|---|

example, a Libyan diplomat at the United Nations was declared persona non grata, and other Libyans were accused when a plot to kill Libyan dissidents in several states was uncovered. The plan indicated an increased Libyan interest in embarrassing the US Government, even though the targets were not American.

Libyan support for radical Palestinian groups has continued to grow. Training for Palestinians and other radicals frequently has taken place at several locations in Libya. Qadhafi has provided safehaven, money, and arms to groups such as the Popular Front for the Liberation of Palestine-General Command (PFLP-GC), the Fatah dissidents led by Abu Musa, and the notorious Abu Nidal Group. The Abu Nidal members responsible for the attack on the El Al counter in Vienna in December 1985 used passports seized by Libya from expelled Tunisian nationals. Libya also may have been involved in the November 1985 hijacking of an Egyptian airliner. According to Libyan press reports, Sabri al-Banna (who calls himself Abu Nidal) met with Qadhafi in Libya at least twice in 1985, and, according to reliable press reports, some of the Abu Nidal Group's leadership has moved to Libya.

Tripoli has continued to support insurgents and revolutionary groups around the world. In *Latin America*, Libya provided support to the Colombian 19th of April Movement

(M-19), a guerrilla organization that frequently carries out international terrorism. Libya also provided training, guidance, and funds to a Chilean leftist terrorist group, enabling it to expand armed action against the Government of Chile. Libya also has been implicated in subversive or terrorist activity in *North Africa.* During 1985 Cairo captured several teams of Libyan-supported Egyptian dissidents who reported that their plan was to destabilize the Mubarak government through sabotage and inciting civil unrest. Individuals arrested after the November attempted attack on Libyan exiles in Egypt stated that Qadhafi's target list included Mubarak.

In 1985 the number of Libyan-inspired terrorist attacks in *Sub-Saharan Africa* declined markedly; none was directed against US personnel or facilities. Qadhafi probably calculated that his perceived political and diplomatic successes in the region reduced the need for Libyan terrorist activity there. The French withdrawal from Chad in late 1984 and the overthrow of longtime enemy President Nimeiri in Sudan eliminated two key targets of Libyan terrorism. Libya has assigned known terrorists to its facilities in Sudan, however, thereby creating a network available to resume terrorist activity at any time. Tripoli also

5

has continued its subversive activity in Sub-Saharan Africa—providing financial, logistic, training, and material support to insurgent and terrorist groups in the region.

The level of Libyan activity in Sudan fluctuated during the course of 1985. After President Nimeiri's ouster in April, Qadhafi quickly sent in his Libyan-based Sudanese Revolutionary Committees, which provide a network for promoting pro-Libyan subversive activity. On another front, however, Tripoli ended its support to the Sudanese People's Liberation Army (SPLA), which weakened the southern insurgency. The pace of SPLA terrorist activity slowed during 1985, with only occasional kidnapings and armed attacks on Sudanese civilians and foreigners.

In *Central Africa,* Libya continued its subversion aimed at destabilizing local governments, as in the following examples:

- Libya continued to fund, train, and arm several hundred externally based Zairian dissidents. Tanzanian-based dissidents, possibly with Libyan support, attacked a small town in eastern Zaire in June 1985. In September Zairian officials claimed to have thwarted at least one Libyan-sponsored plot against President Mobutu. The Zairian President's effective personal security and the ineptitude of the dissidents, however, reportedly stymied the assassination plot.

- The Central African Republic was an active center for Libyan covert action. In July 1985, 15 Central Africans were arrested for conspiring with Libyan People's Bureau members.

- A large Libyan presence in Congo—including employees of the People's Bureau, economic projects, and front organizations such as the Muslim Friendship League—and frequent official travelers from Tripoli, betrayed a high level of Libyan activity.

- Libya has provided support to dissidents and students from Cameroon.

## Syria
In 1985, Syria continued to use terrorist surrogates to further its Middle Eastern policy. Syrian-sponsored groups—responsible for attacks in 15 countries in the last two years—were involved in 30 terrorist attacks in 1985 against moderate Arab, US, British, Palestinian, Jordanian, and Israeli targets. Support for international terrorist groups has cost Syria little but has raised the cost to participants of any peace initiative that might exclude Damascus; it also has served to keep President Hafez Assad's regional rivals off balance.

The greater use of surrogates by Damascus in 1985 probably reflected Assad's desire to mask Syria's role in terrorist attacks. Damascus has permitted terrorist groups to use Syrian or Syrian-controlled territory for base camps, training facilities, and political headquarters, and it has provided these groups with arms, travel assistance, intelligence, and money. Palestinians who have been largely funded, trained, and armed by Syria include the PFLP-GC, Abu Musa's Fatah rebels, and Saiqa. Damascus also has supported some non-Palestinian terrorists.

The number of incidents carried out by groups operating with Syrian support increased in 1985, compared with 1984; but Syrian personnel were not directly implicated in any specific attacks. The Abu Nidal Group—despite its increased ties to Libya—remained Syria's major terrorist surrogate and was responsible for some two-thirds of the Syrian-sponsored attacks in 1985.

A key Syrian policy goal during 1985—as well as a principal Abu Nidal objective—was to disrupt tentative moves in the peace process exemplified by the February accord between King Hussein of Jordan and PLO leader Arafat. To this end, Abu Nidal conducted a series of attacks on Jordanian interests. On a single day in March, for instance, grenades were thrown at Jordanian airline offices in Rome, Athens, and Nicosia.

## Iran
The level of terrorism by Iranian-supported groups in 1985 remained high but declined from the record level of 1984. Groups with established ties to Iran carried out some 30 attacks last year, although Iran cannot be linked directly to most of these attacks. Although Iraq, France, and the United States have remained the primary targets, Persian Gulf states have faced a continuing terrorist threat that could escalate sharply should Iran choose to exercise its terrorist option.

### The Abu Nidal Group

*The official name of the Abu Nidal organization is Fatah-
the Revolutionary Council—which it generally uses when
attacking Israeli targets—but it has employed a number
of covernames as well. Originally, the group operated
under the name Black June; more recently, the group
used the name Arab Revolutionary Brigades when it
staged attacks against Persian Gulf targets. The Abu
Nidal Group calls itself Black September when it attacks
Jordanian and Palestinian targets and employs Revolu-
tionary Organization of Socialist Muslims (ROSM) as its
signature for attacks against British targets. Using
ROSM, Abu Nidal kidnaped a British journalist in
Lebanon in March 1985 and, in Rome in September, it
detonated a bomb at the British Airways office and
attacked a cafe frequented by British and American
tourists. The group claimed credit for hijacking an
Egyptair jet to Malta in November, killing two Israeli
women and shooting three Americans, one fatally. In
December, Abu Nidal terrorists killed more than 20
persons and wounded about 120 in machinegun and
grenade attacks at the El Al ticket counters in the Rome
and Vienna international airports.*

Export of the revolution has been a central tenet of the
clerical regime in Iran, with terrorism a primary instrument
in advancing this objective. Iran has used its network of
diplomatic and cultural missions to support terrorist opera-
tions, and many elements of the Iranian Government,
including several senior officials, have been directly in-
volved in terrorist activity. Economic constraints and the
war with Iraq, however, apparently have compelled Iran
increasingly to reduce its direct involvement in terrorism
and pursue a more pragmatic foreign policy, putting less
emphasis on the ideological use of terrorism to support the
export of its Islamic revolution. Some groups that owe their
inspiration and their origin to Iran, such as the Lebanese
Hizballah, have become increasingly independent of
Tehran's direction, although their activities still serve Iran's
foreign policy goals.

**Iraq** has been a primary target of Iranian-sponsored
groups. Iran has trained and financed several Iraqi dissident
groups, such as the Dawa Party, that are dedicated to
overthrowing Iraqi President Saddam Husayn and estab-
lishing an Islamic republic in Iraq.

**Lebanon** has been the scene of most of the terrorism
perpetrated by groups that have received Iranian support.
Pro-Iranian Shi'a Muslims in Lebanon were responsible for
nearly 20 international incidents last year, including eight
attacks against French targets and five against US targets.
Tehran apparently did not play a direct role in the majority
of attacks on foreigners in Lebanon. The nature of Iran's
ties to the radical Shi'as that have kidnaped foreigners and
the extent to which Iran can control or direct them has
remained unclear.

Tehran has maintained the capability to resume quickly
terrorist activities throughout the **Persian Gulf.** Shi'a
dissidents from several Gulf states have traveled to Iran to
receive training. Iranian-backed terrorists were suspected
of having planned the assassination attempt on the Amir of
Kuwait in May 1985. Iran may intend to maintain its terrorist
option in the region in case diplomatic initiatives fail or the
war with Iraq demands more drastic measures against
other Arab states.

### South Yemen

In 1985, then South Yemeni President Hasani continued his
more moderate foreign policy by curtailing Aden's direct
involvement with, and support for, insurgent groups from
Oman and North Yemen. South Yemen also reduced
support for the Palestinians. However, Aden has continued
to provide safehaven and other low-level support to groups
such as the Popular Front for the Liberation of Palestine-
Special Command.

### Role of Cuba

The Castro regime has maintained a large and complex
apparatus for subversion that supports many leftist revolu-
tionaries and terrorists. This has ranged from arms and
funding to safehaven and training—assistance that is
indispensable for guerrilla movements and terrorists in
Latin America. Castro has given logistic assistance and
financial support to thousands of guerrillas and has
provided them with military training.

Cuba has provided support to **Salvadoran** leftists and
other insurgents. Many of the guerrillas infiltrated into
**Honduras** in recent years were trained in Cuba, and
Havana has used Honduran territory as a transit area for

7

materiel passed to Salvadoran insurgents. In addition, **Colombia's** M-19 has a long and well-established relationship with the Cuban Government.

## Role of Nicaragua

Managua has continued to provide training and support to Latin American guerrilla groups, and there has been limited evidence of direct Nicaraguan involvement in specific terrorist incidents. The Sandinistas also have maintained contact with Latin American and West European groups that engage in terrorism. According to a former Italian terrorist who turned state's evidence, at least five Red Brigades leaders have become instructors in the Nicaraguan Army. Despite the publicity aroused by Western accusations, international disapproval has not discouraged the Sandinistas from pursuing terrorist ties. Several of the weapons used by **Colombian** M-19 terrorists during the siege of the Palace of Justice in Bogota in November 1985 were traced to Nicaragua. The PRTC, a **Salvadoran** insurgent group with close ties to Nicaragua, claimed responsibility for the killing of six Americans and seven other persons in downtown San Salvador on 19 June.

## Role of the Soviet Union and Eastern Europe

In contrast to Libya, Syria, and Iran, the Soviets do not appear to directly plan or orchestrate terrorist acts by Middle Eastern, West European, or Latin American groups. Moscow has continued to support various "national liberation movements"—such as the PLO and the African National Congress (ANC)—with the knowledge that some of those they train later commit terrorist acts. The Soviets and East Europeans have provided most weapons support indirectly through the international gray arms market. Moscow's Third World clients (with Libya a leading buyer) then have resold or given the weapons to terrorists. Moscow apparently has not restricted the end use of these weapons. The Soviet Union and its East European allies also have provided arms to a variety of Palestinian groups. Some of these may ultimately be used in terrorist attacks because Palestinian terrorists routinely use light infantry weapons, such as the AK-47, that originate in the Soviet Bloc.

The Soviets' influence over their East European allies has given Moscow the leverage to elicit their support for radical and revolutionary groups. There has been extensive evidence of indirect support and scattered information about direct involvement by East European states with terrorists.

At a minimum, these states have maintained surveillance on suspected terrorists and allowed them transit privileges and safehaven. A number of East European states also have trained members of African, Latin American, and Palestinian groups that use terrorist tactics.

**Bulgaria** has been the East European state most actively involved in terrorism. Sofia has provided weapons and political support to various Palestinian groups and has hosted terrorist-related training facilities where Palestinians, in particular, have received instruction in a variety of weapons. Materiel from **Czechoslovakia** also has appeared frequently in terrorist hands. A Czechoslovak-manufactured explosive material, Semtex, has been used in numerous letter bombs, as well as several recent bombings. **Yugoslavia** was the first state to offer initial safehaven to Muhammad Abu Abbas, the Palestine Liberation Front (PLF) leader who planned the Achille Lauro hijacking and provided the aircraft on which Abbas was flown to safety from Rome.

## Role of North Korea

P'yongyang almost certainly has continued to provide training, funds, and weapons to various foreign extremist groups, but it apparently has not been involved in any terrorist incidents since the October 1983 Rangoon bombing. North Korea has continued to obtain weapons on the gray arms market, but these probably are intended for use by North Korean agents, saboteurs, and infiltrators in operations against South Korea. P'yongyang has exported weapons to Third World governments willing to pay for them, including Iran—a country supporting international terrorism. Thus far, none of these weapons has been found at the scene of terrorist attacks or in the possession of captured terrorists.

## Terrorist Spillover From the Middle East

## Growing Problem

The number of international terrorist attacks conducted by Middle Eastern groups outside the region continued to rise in 1985. As in previous years, Western Europe was the principal venue for this spillover problem, and terrorism of Middle Eastern origin accounted for a markedly increased

**Terrorist Incidents of Middle East Origin in Western Europe**



Number of Incidents, 1985

| | 11 and above |
|---|---|
| none | 7–10 |
| | 3–6 |
| | 1–2 |

Number of Incidents, 1981-85



**Table 1**
**International Terrorist Incidents of Middle Eastern**
**Origin in Western Europe, by Location, 1981-85**

*Number of incidents*

| | 1981 | 1982 | 1983 | 1984 | 1985 | **Total** |
|---|---|---|---|---|---|---|
| **Total** | **33** | **40** | **33** | **61** | **74** | **241** |
| Austria | 2 | 3 | 1 | 2 | 2 | **10** |
| Belgium | 2 | | 2 | | 1 | **5** |
| Corsica | | 2 | | | | **2** |
| Cyprus | 2 | | 3 | 8 | 12 | **25** |
| Denmark | | | | | 3 | **3** |
| France | 6 | 10 | 5 | 8 | 6 | **35** |
| Greece | 3 | 2 | 6 | 12 | 14 | **37** |
| Italy | 7 | 5 | 2 | 7 | 11 | **32** |
| Malta | 1 | | 1 | | 1 | **3** |
| Netherlands | | 1 | | 2 | 1 | **4** |
| Norway | 1 | | | | | **1** |
| Portugal | | | 1 | | | **1** |
| Spain | 1 | 6 | 3 | 5 | 6 | **21** |
| Sweden | 1 | | | | 2 | **3** |
| Switzerland | 1 | 1 | | | 5 | **7** |
| Turkey | 2 | 4 | 5 | 1 | 4 | **16** |
| United Kingdom | 2 | 2 | 3 | 13 | 2 | **22** |
| West Germany | 2 | 4 | 1 | 3 | 4 | **14** |

share of the total number of international terrorist incidents in Western Europe in 1985. In 1985, 74 incidents of Middle East spillover activity occurred there, 13 more than the previous year and double the annual average for the period from 1980 to 1983. In the past, Western victims were generally people caught in the crossfire, but in 1985 they increasingly were the specific target.

In 1985 Middle Eastern terrorism spread to five West European countries—Belgium, Denmark, Malta, Sweden, and Switzerland—that had not experienced the problem in 1984. Most Middle East-origin attacks occurred in countries bordering the Mediterranean, with Greece, Cyprus, and Italy accounting for half the total. The level of spillover activity declined in a few West European states, the most dramatic example being the United Kingdom where the number of incidents dropped from 13 to two.

Middle East spillover activity accounted for much of the drama of terrorism in Western Europe in 1985 as well as the dramatic rise in the number of casualties there. Middle

Eastern terrorists operating in Western Europe killed 109 people and wounded 540. Incidents included the brutal murders of Americans and other tourists on aircraft, at crowded airports, and aboard a cruise ship. Such attacks illustrate the growing disregard for innocent bystanders and the increasing tendency of Middle Eastern terrorists to attack unprotected targets in public places. Business targets suffered about a third of the Middle East-origin attacks. These terrorists also were responsible for carrying out five hijackings last year—more than the combined total of hijackings by Middle Easterners in Western Europe for the preceding four years. The victims of Middle Eastern terrorists in Western Europe were fairly equally divided between Middle Eastern and West European or North American nationalities.

For the most part, such terrorist activity in Western Europe resulted from Middle Eastern terrorists targeting fellow Middle Easterners—including Palestinians, Israelis, Jordanians, Syrians, Libyans, and Iranians. Diplomatic



*Arab terrorist with pilot of TWA jetliner hijacked on 14 June 1985 while en route from Athens to Rome.*

personnel and facilities of moderate Arab states, such as Jordan; officials of various Palestinian groups; and emigre opponents of Middle Eastern regimes were frequent targets.

Palestinian terrorists were the major contributors to the spillover violence, conducting nearly 60 percent of the incidents in 1985 and some 40 percent of all Middle East–origin attacks in Western Europe during 1980-85. This rise in Palestinian terrorism in 1985 included the resumption by pro-Arafat Palestinians of terrorist attacks outside of Israel and the occupied territories after a 10-year hiatus. Fatah, the group led by PLO head Arafat, is believed responsible for some 10 attacks in Western Europe in 1985, including the murder last September of three Israelis in Cyprus. Most Fatah attacks in Western Europe were against Syrian targets, probably in retaliation for Syrian-backed attacks against Fatah officials.

Much of the Palestinian terrorist activity in Western Europe continued to be carried out by anti-Arafat groups, who staunchly oppose a negotiated settlement with Israel and refuse to recognize Israel's right to exist. The Abu Nidal Group was one of the most active—and ruthless—of these organizations. It staged some two dozen incidents in 1985, over half of them in Western Europe. The Abu Nidal attacks in Western Europe caused 73 deaths and wounded 251 persons. Thirty-six of the victims were US citizens.

Among the more dramatic Middle Eastern terrorist attacks in Western Europe in 1985 were the following:

- **Spain.** On 12 April the El Descanso restaurant outside Madrid was bombed, killing 18 Spaniards and wounding another 82 persons, including 15 Americans. Individuals claiming to represent several terrorist groups—including some West European ones—claimed responsibility, but Middle Eastern terrorists are among the prime suspects.

- **Greece/Lebanon.** On 14 June Lebanese Shi'a gunmen hijacked TWA flight 847 flying from Athens to Rome and forced it to land in Beirut. The hijackers released the hostages 17 days later but killed US Navy diver Robert Stethem during the early stages of the incident.

- **Greece.** On 3 September two grenades were thrown into the lobby of a Greek hotel in Glyfada, wounding 19 Britons. A caller to an Athens newspaper stated that the Palestinian Black September organization—a name used by the Abu Nidal Group—would stage numerous attacks in Athens if Greek authorities did not release one of its imprisoned members.

11



*Israeli border policeman guards the dock as the Italian cruise liner Achille Lauro arrives after release from hijacking by Palestine Liberation Front terrorists, October 1985.*



*An accomplice of the Achille Lauro hijackers awaiting trail in Genoa on charges of illegal weapons possession, November 1985.*

- **Italy**. On 16 September terrorists lobbed grenades into the Cafe de Paris restaurant in Rome, wounding 38 tourists, including nine Americans. The Revolutionary Organization of Socialist Muslims, a covername used by the Abu Nidal Group, claimed responsibility.

- **Mediterranean Sea**. On 7 October the Italian cruise ship Achille Lauro was seized by the PLF as it departed Alexandria, Egypt, for Port Said. Before surrendering to Egyptian authorities on 9 October, the terrorists killed US tourist Leon Klinghoffer.

- **Greece/Malta**. On 23 November an Egyptian jetliner was hijacked from Athens to Malta. The terrorists murdered several persons, including American Scarlett Rogencamp, and wounded the other Americans aboard before Egyptian commandos stormed the plane, killing some 60 remaining persons. The Arab Revolutionary Brigades, another covername used by the Abu Nidal Group, claimed responsibility for the hijacking jointly with the Egyptian Revolution.[4]

[4] It is not known if "Egyptian Revolution" is an Abu Nidal sobriquet or the name of a distinct Egyptian dissident group.

- **Italy and Austria**. On 27 December near-simultaneous machinegun and grenade attacks at the Rome and Vienna airports left more than 20 persons dead, including five Americans, and some 120 wounded, including 20 Americans. The Abu Nidal Group carried out both attacks.

**Why Western Europe?**

Middle Eastern terrorist groups operated with growing frequency in Western Europe for a number of reasons:

- Several dozen Middle Eastern terrorists were jailed in West European prisons. This has spurred a number of Middle Eastern groups—including the Lebanese Armed Revolutionary Faction and the Abu Nidal Group—to attack West European targets seeking to pressure those governments into releasing group members. Countries holding Abu Nidal members in prison are at particular risk. In December 1985 there were 21 known or suspected Abu Nidal members imprisoned in eight West European countries: Austria (five); United Kingdom

**Table 2**
**Known or Suspected Abu Nidal Members Imprisoned**
**in Western Europe, 1985**

| Country | Number of Known/ Suspected Members | Date of Incident | Remarks |
|---|---|---|---|
| Austria | 3 | 29 August 1981 | Jailed for the Vienna synagogue attack. The 20-year sentence of one attacker was upheld in October 1985. |
| | 2 | 27 December 1985 | Arrested for the attack against the El Al counter at Vienna's Schwechat Airport. |
| France | 2 | 3 August 1978 | Jailed for the assassination of PLO representative Izz al-Dinn al-Qalaq. Both paroled in 1986. |
| Greece | 1 | 22 November 1982 | Arrested in possession of explosives. |
| | 1 | 29 November 1984 | Jailed for attempted manslaughter of Jordanian charge. |
| | 1 | 30 August 1985 | Arrested while planning an attack against the Jordanian Ambassador. |
| Italy | 1 | 3 April 1985 | Arrested for firing a light antitank weapon at the Jordanian Embassy. |
| | 1 | 16 September 1985 | Arrested for the attack against the Cafe de Paris in Rome. |
| | 1 | 25 September 1985 | Arrested for the bombing of the British Airways office. A Greek witness said that the terrorist is the same individual responsible for a grenade attack against an Alia office in Athens on 21 March 1985. |
| | 1 | 27 December 1985 | Arrested for the attack against the El Al counter at Rome's Fiumicino Airport. |
| Malta | 1 | 23 November 1985 | Arrested for participation in the Egyptair hijacking. |
| Portugal | 1 | 10 April 1983 | Arrested for the assassination of PLO official Issam Sartawi. In May 1985 a jury found him innocent of the murder. The judge, however, reconfirmed his conviction for using a false passport and upheld his three-year sentence. Since he had already served 25 months, his lawyer argued for parole, which was granted in 1986. |
| Spain | 2 | 3 March 1980 | Jailed for the assassination of Spanish attorney Adolfo Cotelo Villareal. |
| United Kingdom | 3 | 3 June 1982 | Jailed for the attempted assassination of Israeli Ambassador Shlomo Argov. |

(three); Italy (four); Greece (three); Spain (two); France (two); Portugal (one); and Malta (one). Some of these were released in 1986. Other Arabs being held in West European jails may also be Abu Nidal members.

• Large numbers of Middle Easterners—many of whom comprise expatriate and student communities—live and travel in Western Europe and provide cover, shelter, and potential recruits.



*Remains of the Egyptair jetliner hijacked from Athens to Malta on 23 November 1985, and later stormed by Egyptian commandos.*

- Western Europe has fewer travel restrictions between its countries than is the case with many other regions, and some countries also have arrangements with some Middle Eastern states to facilitate guest workers. A number of West European governments recognize this vulnerability and are considering measures to tighten controls.

- Abundant accessible targets exist in Western Europe, in contrast to the Middle East where formidable security measures surround most Western installations.

- Worldwide publicity accompanies international terrorist attacks in Western Europe, but in countries such as Lebanon the level of violence is so high it all but masks other than the most spectacular terrorist events.

- The open nature of West European society makes it operationally easy to function, free of the restrictions on personal freedoms prevalent elsewhere.

- A number of West European countries host exile groups and former leaders that are attractive targets for regimes, such as those in Libya and Iran, that wish to silence vocal opponents. Likewise, there are numerous targets for retaliation against such attacks, including official representatives of incumbent regimes.

- The phenomenon of Middle Eastern spillover has been abetted by the diplomatic structures of countries, such as Libya and Iran, whose diplomatic personnel have been implicated in terrorist attacks.

- Certain West European countries have offered passive support to terrorist groups or, by their rhetoric, have created environments that appear sympathetic to terrorists. In some cases, states apparently have struck deals with terrorists—making concessions in exchange for agreements that terrorists will refrain from conducting attacks on their territory.

## Target USA

Of the 782 international terrorist incidents in 1985, 170—or 22 percent—involved US citizens or property. US interests were second only to Israeli ones as favorite terrorist targets. Almost half the international terrorist incidents involving US citizens or property occurred in Latin America, primarily in Chile and Colombia. Over a third took place in Western Europe, with West Germany a favored location. Businesses were the most frequently attacked US targets.

## Casualties

Twenty-one of the anti-US incidents resulted in American casualties, 10 in fatalities. Altogether, 38 US citizens were killed and 157 were wounded, compared with 12 and 33, respectively, during 1984. The 1985 US casualty figures were the second highest since 1980. The highest total occurred in 1983 because of two mass casualty-producing incidents—the April bombing of the US Embassy and the October bombing of the Marine barracks in Lebanon. In 1985, as in 1984, many of the US dead and wounded were incidental casualties—unlucky bystanders at incidents in which persons or facilities of other nationalities were the principal targets.

The US fatalities occurred in the following 10 incidents:

- **Philippines**, 12 May. An American of Filipino descent was assassinated by seven members of the New People's Army (NPA) when he rebuffed their attempts at extortion.

- **Greece/Lebanon**, 14 June. Two Shi'a gunmen, who hijacked TWA flight 847 en route from Athens to Rome, murdered US Navy diver Robert Stethem after the plane touched down in Beirut for the second time.

- **El Salvador**, 19 June. Several gunmen armed with submachine guns and automatic weapons attacked a cafe in San Salvador, killing four off-duty US Marines and two US businessmen, along with seven other persons. The Mardoqueo Cruz Urban Commandos of the PRTC claimed responsibility.

## US Casualties Resulting From International Terrorist Incidents, 1981-85

Number of casualties



- **North Atlantic**, 23 June. Nineteen Americans were among the 329 passengers and crewmembers killed—probably by Sikh extremists—when a bomb exploded aboard a Shannon-bound Air India flight from Toronto.

- **West Germany**, 8 August. The RAF murdered US Army soldier Edward Pimental in a wooded area in Wiesbaden, evidently to obtain his identification card in order to gain entry into Rhein-Main airbase.

- **West Germany**, 8 August. A car bomb exploded at Rhein-Main airbase killing two US citizens—one military and one civilian—and wounding 17 other persons. The bombing was jointly claimed by the RAF and the French AD.

15

## International Terrorist Attacks Against US Citizens and Property, 1985



Number of incidents          **Total incidents: 170**

**By Type of Target**[a]

**By Type of Event**

**By Region**

[a] These numbers are higher than the total number of incidents because of multiple recordings of victims and/or installations attacked.

**Table 3**
**International Terrorist Incidents Against**
**US Citizens and Property, 1981-85** [a]

*Number of incidents*

|  | 1981 | 1982 | 1983 | 1984 | 1985 | **Total** |
|---|---|---|---|---|---|---|
| **Total** | **154** | **209** | **197** | **133** | **170** | **863** |
| Armed attack | 28 | 17 | 24 | 19 | 11 | **99** |
| Arson | 25 | 58 | 34 | 9 | 28 | **154** |
| Bombing | 68 | 108 | 92 | 72 | 96 | **436** |
| Hostagetaking and barricade | 1 | 1 | 2 | 3 |  | **7** |
| Kidnaping | 10 | 8 | 9 | 14 | 19 | **60** |
| Nonaerial hijacking |  | 1 |  |  | 1 | **2** |
| Skyjacking | 6 | 1 | 1 | 6 | 4 | **18** |
| Other | 16 | 15 | 35 | 10 | 11 | **87** |

[a] In some of these incidents, US involvement was unintentional.

**Table 4**
**International Terrorist Incidents Against**
**US Citizens and Property, 1985** [a]

*Number of incidents*

|  | North America | Latin America | Western Europe | USSR/ Eastern Europe | Middle East | Sub-Saharan Africa | Asia/ Pacific | **Total** |
|---|---|---|---|---|---|---|---|---|
| **Total** | **2** | **77** | **63** | **—** | **17** | **3** | **8** | **170** |
| Armed attack |  | 4 | 4 |  |  | 1 | 2 | **11** |
| Arson | 1 | 7 | 18 |  | 1 |  | 1 | **28** |
| Bombing | 1 | 57 | 31 |  | 3 |  | 4 | **96** |
| Kidnaping |  | 7 |  |  | 9 | 2 | 1 | **19** |
| Nonaerial hijacking |  |  | 1 |  |  |  |  | **1** |
| Skyjacking |  |  | 3 |  | 1 |  |  | **4** |
| Other |  | 2 | 6 |  | 3 |  |  | **11** |

[a] In some of these incidents, US involvement was unintentional.

- **Spain**, 9 September. A car bomb exploded in a residential area injuring 19 persons, including a US businessman who died two days later. The American was jogging past the target—a bus transporting Spanish Civil Guards. Basque Fatherland and Liberty (ETA) claimed responsibility.

- **Mediterranean Sea**, 7 October. PLF terrorists who seized the Italian cruise ship Achille Lauro killed US tourist Leon Klinghoffer before surrendering to Egyptian authorities on 9 October.

- **Greece/Malta**, 23 November. Terrorists who hijacked an Egyptian airliner from Athens to Malta murdered American Scarlett Rogencamp, as well as four other people, and wounded the other Americans aboard. The Arab Revolutionary Brigades, an Abu Nidal covername, claimed responsibility jointly with the Egyptian Revolution.

- **Italy**, 27 December. Abu Nidal terrorists armed with AK-47 rifles and handgrenades attacked the El Al ticket counter at Rome airport, killing five Americans, and 10 other persons, and wounding 15 Americans and nearly 60 others.



*Bodies in the international lounge at Rome's Fiumicino Airport, following a machinegun and grenade attack by Abu Nidal terrorists, 27 December 1985.*

## Hostages

In 1985 some 60 US citizens were kidnaped, hijacked, or otherwise taken hostage. There were 13 kidnapings of US citizens and, by year's end, six of the victims were still being held hostage—four in Lebanon and two in Colombia.

## Other Anti-US Violence

There were other manifestations of anti-US violence in 1985, some of which resulted in US casualties. A number of these occurred in Mexico, presumably by individuals connected with narcotics trafficking. In early February four gunmen kidnaped US Drug Enforcement Administration (DEA) agent Enrique Camarena Salazar as he was leaving his office in Guadalajara. Authorities discovered his body in March, along with that of a Mexican pilot who sometimes flew DEA missions. In late January another American, John Walker, also disappeared in Guadalajara, along with a Cuban companion. The two men—whose bodies were found five months later—were last seen alive in a restaurant patronized by elements of the narcotics underworld.

## Regional Patterns

### The Middle East

In 1985, 45 percent of all international terrorist attacks occurred in the Middle East. The inclusion of Middle East–origin events that took place elsewhere—principally in Western Europe—brings the total of Middle East-related attacks to more than half of all incidents worldwide. Last year Middle Eastern terrorists showed growing disregard for the safety of innocent bystanders and conducted an increasing number of attacks against public places. Terrorism sponsored by Middle Eastern states declined slightly but was more than offset by a nearly 200-percent increase in terrorism conducted by Palestinians. (For a discussion of Middle Eastern state support for terrorism, see pages 4-7.)

### Iran and Lebanon

The number of Iranian-sponsored attacks declined from the record level of 1984. Iran backs groups in Lebanon, Iraq, and throughout the Persian Gulf that aim to promote a Khomeini-style revolution. Their activities serve Iran's foreign policy goals, even if the groups do not formally coordinate their plans with Tehran. The fundamentalist Shi'a faction Hizballah in Lebanon and the Dawa Party in Kuwait and Iraq are among the most active Iranian-backed groups that conducted international terrorism in 1985.

Radical Shi'a terrorists were active primarily in Lebanon and the Persian Gulf. Hizballah factions kidnaped nearly a dozen Westerners in Lebanon in 1985, although two Americans—Jeremy Levin and the Reverend Benjamin Weir, both seized in 1984—escaped or were released. Two other US citizens seized in 1984—William Buckley and Peter Kilburn—continued to be held in 1985. Islamic Jihad claimed that it had murdered Buckley in early October 1985, following an Israeli raid on the PLO headquarters in Tunis. There has been no independent corroboration of his death. At year's end, Kilburn remained in captivity. Three additional Americans—the Associated Press bureau chief and a dean and an administrator from the American University of Beirut—were kidnaped in the spring. Radical Shi'as kidnaped four French citizens in 1985; four others—members of the French observer force—were killed early in the year. In the Persian Gulf, pro-Iranian Shi'as attempted to crash an explosives-laden car into the motorcade of the Amir of Kuwait in May.

**Table 5**
**Westerners Kidnaped, Released, or Murdered in Lebanon, 1985**

| Name/Occupation | Date/Place | Claimant Group | Status |
| --- | --- | --- | --- |
| **American** | | | |
| William Buckley<br>Diplomat | 16 March 1984<br>West Beirut | Islamic Jihad | Reportedly murdered by captors, 4 October 1985 |
| Lawrence Jenco<br>Priest | 8 January 1985<br>West Beirut | Islamic Jihad | Released by captors, 26 July 1986 |
| Terry Anderson<br>Journalist | 16 March 1985<br>West Beirut | Islamic Jihad | Possibly held by Hizballah |
| David Jacobsen<br>American University of Beirut<br>Director | 28 May 1985<br>West Beirut | Islamic Jihad | Possibly held by Hizballah |
| Thomas Sutherland<br>American University of Beirut<br>Dean | 10 June 1985<br>West Beirut | Islamic Jihad | Possibly held by Hizballah |
| **British** | | | |
| Alec Collett<br>Journalist | 25 March 1985<br>Khaldah | ROSM (Abu Nidal) | Reportedly murdered by captors, 17 April 1986 |
| **French** | | | |
| Marcel Carton<br>Diplomat | 22 March 1985<br>West Beirut | Islamic Jihad,<br>Khaybar Brigades | Possibly held by Hizballah |
| Marcel Fontaine<br>Diplomat | 22 March 1985<br>West Beirut | Islamic Jihad,<br>Khaybar Brigades | Possibly held by Hizballah |
| Jean Paul Kaufmann<br>Journalist | 22 May 1985<br>West Beirut | Islamic Jihad | Possibly held by Hizballah |
| Michel Seurat<br>Researcher | 22 May 1985<br>West Beirut | Islamic Jihad | Reportedly murdered by captors, 6 March 1986 |
| **Italian** | | | |
| Alberto Molinari<br>Businessman | 11 September 1985<br>West Beirut | No claim | Unknown |

One of the year's most dramatic incidents—in which an American naval enlisted man was beaten and killed—occurred in mid-June when two Shi'a gunmen hijacked TWA flight 847 carrying 153 passengers and crew, mostly Americans, en route from Athens to Rome. After two round trips from Beirut to Algiers, the aircraft settled in Beirut for the rest of the 17-day-long incident. The remaining 39 passengers and crew were taken to undisclosed locations in Beirut and turned over to elements of Hizballah and the Shi'a Amal militia. The hijackers demanded the release of 700 Shi'a prisoners being held by Israel. During the incident, Israel freed 31 of the prisoners, but the crisis ended only after Syria intervened and helped obtain the release of the passengers.

International terrorism in Lebanon was not limited to US and other Western targets. In late September, four Soviet diplomats were abducted in West Beirut during a period of heavy fighting in Tripoli between pro-Syrian Lebanese militias and Sunni fundamentalists sympathetic to the Islamic Unification Movement. One of the Soviets was killed and his body dumped in West Beirut two days after the

kidnaping. The Islamic Liberation Organization claimed responsibility for the kidnapings and threatened to execute the remaining Soviets unless an immediate cease-fire was imposed.

A cease-fire took effect on 4 October. However, the kidnapers continued to hold the Soviets hostage, and other demands were made, including the withdrawal of Soviet troops from Afghanistan. Several weeks later, however, the three Soviets were released unharmed in a Sunni area of West Beirut. Their kidnapers, who said the release was a goodwill gesture and a warning to stop harassing Sunni fundamentalists in Tripoli, undoubtedly faced intense pressure from the Syrian-backed militias that dominate West Beirut.

In 1985, during its 10th year of civil war, violence continued to be a fact of life in Lebanon as factional militias—all of which have used terrorist tactics—continued to wage war throughout most of the country. Even though more international terrorist incidents (76) occurred in Lebanon than in any other country in the world in 1985, international terrorist activity accounted for only a fraction of that country's political violence.

***Israel and the Palestinians***. International terrorism motivated by the Israeli-Palestinian dispute increased dramatically in 1985 and accounted for much of the increase in Middle Eastern terrorism overall. Attacks on Jewish targets inside Israel and the occupied territories skyrocketed to 170 from a total of 50 in 1984. Of the 139 attacks that took place on the West Bank, 97 were directed at Israeli targets. Outside the Middle East, symbolic Jewish targets, such as synagogues and Jewish-owned stores, were attacked some 18 times.

Although many of the incidents on the West Bank consisted of small-scale incendiary bombings against property, Israeli citizens were killed or wounded in a number of attacks. The Democratic Front for the Liberation of Palestine claimed responsibility for the fatal shooting of an Israeli occupation official in Al-Birah in late March, as well as for the kidnaping and subsequent murder of an off-duty Israeli soldier in mid-April. Abu Musa's Fatah dissidents claimed responsibility for the killing of a civilian Israeli Defense Force worker in Nablus. A pro-Arafat wing of the PLO, Fatah Force 17, also stepped up its activity, claiming responsibility for several attacks in the West Bank and occupied territories during 1985.

Israeli extremists carried out several attacks against Arab targets in a continuing cycle of retaliation. In late April, for example, an Arab cabdriver was murdered near an area where an Israeli cabdriver had been murdered four days earlier. Israeli extremists also may have been responsible for attacks on two mayors of Palestinian refugee camps near Jerusalem.

Attacks carried out worldwide by Palestinians more than doubled, with the Abu Nidal Group alone accounting for 10 percent of these incidents. The PLO ended its self-imposed 1974 ban on violence outside Israel and the occupied territories; pro-Arafat terrorists murdered three Israelis aboard a yacht in Larnaca, Cyprus, in September. Following the slayings, the terrorists surrendered to authorities and remained in a Cypriot prison pending trial. Within a week of the shootings, Israeli jets attacked PLO headquarters in Tunis, indicating that Israel, at least, did not believe Arafat's protestations of innocence. Three days later, the pro-Iranian Islamic Jihad claimed to have executed US political officer William Buckley in retaliation for the raid. (Buckley was taken hostage in West Beirut in March 1984.)

Wings of the PLO loyal to Arafat also participated in terrorism outside the Middle East. The hijacking in October of the cruise ship Achille Lauro by the PLF was the most dramatic example, although the terrorists subsequently claimed that they originally had intended to stay aboard the ship until it reached Israel and conduct a terrorist attack there.

In 1985 radical Palestinians continued to assassinate more moderate Palestinians. In early December, for example, a prominent Palestinian lawyer who favored negotiations with Israel was stabbed to death outside his home in Ramallah on the West Bank. Radical Palestinians are believed responsible.

***Kuwait***. In 1985 Kuwait continued to be a target of international terrorists seeking the release of 17 Shi'a terrorists jailed there in connection with a series of bombings against the US and French Embassies in Kuwait in December 1983. Other motivations include a desire to punish Kuwait because of its support for Iraq in Baghdad's war with Iran and to intimidate Kuwait into providing more political and financial support to hardline Arab states. In late May 1985, members of the Iranian-backed Dawa Party

carried out a car-bombing on the motorcade of the Amir of Kuwait. Six people died in the explosion and ensuing melee, and 12 were injured. The Amir suffered minor injuries. Islamic Jihad claimed responsibility for the attack, stating it was conducted in response to Kuwait's failure to release the imprisoned Shi'a terrorists.

The Arab Revolutionary Brigades, a covername used by the Abu Nidal Group when attacking interests of Persian Gulf states, claimed responsibility for a number of anti-Kuwaiti attacks in 1985, including near-simultaneous bombings in mid-July of two crowded outdoor cafes in Kuwait. The explosions killed eight persons and injured some 90 others. Kuwaiti security forces detonated a third bomb found in yet another cafe.

*Jordan*. In 1985, a handful of international terrorist incidents took place in Jordan. Elsewhere, Jordanian interests—principally in Western Europe—were attacked some 10 times. The Palestine National Council meeting in Amman in November 1984 and the PLO-Jordan accord of February 1985 stimulated almost double the number of attacks against Jordanian targets by Syrian-supported groups in 1985, compared with 1984. Most of the anti-Jordanian attacks in Western Europe were claimed by the Black September Organization, a covername used by the Syrian-supported Abu Nidal Group when it targets Jordanian interests. Among the group's attacks in 1985 were the near-simultaneous grenade attacks in March against Jordanian airline offices in Athens, Rome, and Nicosia, a rocket attack in April against a Jordanian airliner in Athens, and the assassination in July of a Jordanian diplomat in Ankara. In mid-1985 Amman made overtures to Damascus in hopes of improving their strained relations. These led to discussions between President Assad and King Hussein in Damascus in December. Despite the lack of major bilateral agreements, the near-term threat that Syrian-backed groups posed to Jordanian security has been reduced significantly since the dialogue began.

*Syria*. In 1985, 14 incidents of international terrorism occurred in Syria. Another eight attacks were conducted against Syrian personnel or property abroad. In late May 1985, in Rabat, Morocco, a vehicle registered to the Syrian Embassy—and parked in front of the Syrian Ambassador's residence—was destroyed by an explosion. Though, for the most part, claims of responsibility are not made in

connection with anti-Syrian terrorism, pro-Arafat Palestinians are prime suspects in anti-Syrian activity outside of Syria. Within Syria, likely perpetrators include pro-Arafat Palestinians, pro-Iraqi dissidents, Lebanese Christians, the Muslim Brotherhood, and other disaffected elements.

**Western Europe**

In Western Europe the number of international terrorist incidents in 1985 declined somewhat from that of the previous year—from 232 to 218. Of these, nearly 150 were conducted by West European terrorist groups. Terrorism by European groups remained a major concern because of the so-called Euroterrorist campaign. Three terrorist groups—West Germany's RAF, France's AD, and Belgium's Communist Combatant Cells (CCC) —began a series of anti-NATO attacks in their respective countries in late 1984 causing speculation that the groups had joined forces and were coordinating their attacks. A joint communique issued by the RAF and AD in January 1985 calling for a ''common anti-imperialist front'' in Western Europe fueled this concern as did their joint claims of responsibility in August for a terrorist attack in West Germany. In Brussels, the CCC cited solidarity with RAF hunger strikers in January as the reason for its car-bombing of the NATO Support Facility there.

Several West European security services made significant advances against local terrorist groups. In Belgium, for example, authorities arrested several leading members of the CCC, and discovered numerous safehouses. Declining activity by some established groups—such as the Spanish First of October Anti-Fascist Resistance (GRAPO) and the Italian Red Brigades (BR) —was offset somewhat by the appearance of new ones, such as the Revolutionary Front for Proletarian Action (FRAP) in Belgium.

*West Germany*. In January, imprisoned RAF terrorists continued a hunger strike begun in December 1984 while the RAF periphery of part-time terrorists carried out numerous attacks against US and NATO-related installations. The RAF hardcore may have participated in the January assassination by AD in Paris of General Rene Audran—a French Defense Ministry official. The first confirmed attack in 1985 by the RAF hardcore was the assassination of West German industrialist Ernst Zimmermann in Munich on 1 February.

### *International Terrorist Attacks Against Business Targets*

*In 1985, 227 international terrorist attacks—or more than one-fourth of the total—were directed against business targets, up sharply from the number recorded for each of the previous five years. Tighter security at diplomatic and military installations may be making business people and facilities more attractive targets.*

*The greatest number of attacks against business interests occurred in Western Europe, especially in Spain, West Germany, and Greece. In Spain many of the incidents were bombings by Basque separatists of French-owned commercial establishments. In West Germany, a number of attacks—primarily by supporters of the Red Army Faction—were directed against defense-related industries, especially those businesses involved (or perceived to be) with NATO. In Greece, the Revolutionary People's Struggle was the principal culprit. Latin America placed a distant second as the venue for attacks against business interests; nearly 60 percent of those attacks occurred in Colombia and Chile. In the Middle East, businesses were most frequently attacked in Lebanon.*

*In 1985 bombings accounted for nearly 70 percent of all international terrorist attacks against business interests. Moreover, 268 persons died, and 787 were wounded in international terrorist attacks against businesses. Such attacks usually resulted in minor property damage.*

*Nevertheless, property damage or ransom payments for kidnaped executives cost businesses millions of dollars. Indirect costs were even higher, as corporations spent billions of dollars to protect employees and property from political violence.*

*In 1985, 65 attacks—or nearly 30 percent of all international attacks against business interests—involved US personnel and facilities overseas, about one-third more than in each of the previous two years. Attacks on business-related targets accounted for about one-third of all international terrorist attacks against US persons or property, more than against US military and diplomatic targets combined. Nearly three-fourths of the attacks were bombings. There were six incidents in which US business employees were kidnaped, more than in any year since the mid-1970s. Three such kidnapings occurred in Colombia, and one each in Honduras, Lebanon, and Chad.*

*A comparison of the data for 1985 with those of previous years reveals several important developments:*
- *A substantial increase in the number of terrorist attacks on US businesses in Latin America.*
- *An increased number of attacks on US firms by rather new terrorist groups.*
- *An increase in incidental attacks on US business personnel or facilities as international terrorist activity reached a record level in 1985.*

There were indications that the RAF was changing tactics, showing more inclination to engage in random violence than previously when its targets were carefully chosen for their high symbolic value. This was particularly evident in August when the RAF murdered a low-ranking US serviceman, claiming it did so to obtain his identification card. The group used the card the next day to gain access to Rhein-Main airbase where it detonated a car bomb that killed two Americans and wounded many others. The RAF and AD claimed responsibility jointly; the actual extent, if any, of AD involvement is still under investigation.

**France**. The indigenous anarchist group AD was responsible for 17 attacks in 1985. Nearly all of these were directed at domestic political targets, including the attempted assassination of Gen. Henri Blandin in June.

As in previous years, France was the stage for anti-Basque terrorism in 1985. The violent Antiterrorist Liberation Group (GAL) carried out 11 attacks in France against exiles belonging to the Spanish separatist ETA, killing 10 persons and wounding eight others. ETA retaliated by attacking French targets in Spain, thus contributing to a cycle of violence.

Numerous terrorist attacks against French interests were carried out by separatist groups attempting to win independence from France. In particular, the National Front for the Liberation of Corsica (FLNC) accounted for 96 of the 142 indigenous incidents in France in 1985. The FLNC typically set off multiple property bombs simultaneously during the night, causing few, if any, casualties. The total number of FLNC attacks declined for the fourth consecutive year, partly because of a self-imposed moratorium initiated in July. Other separatist movements such as Iparretarak, the French counterpart to Spain's Basque separatist organization, were responsible for numerous incidents, most of which were property bombings.

**Belgium**. The CCC continued to target US and NATO facilities in 1985, although by the end of the year domestic commercial and political installations had become increasingly favored targets. In January, two US military personnel barely escaped serious injury when the CCC detonated a car bomb outside the NATO Support Facility in Brussels. Previous CCC attacks had been limited to property damage, but, in a communique following this bombing, the group claimed that US military personnel were appropriate terrorist targets. In May the CCC caused its first fatalities when two firemen were killed trying to defuse a car bomb set by the group. The CCC received so much negative publicity following the deaths of the firemen that it later claimed that the police were actually responsible because they had not arrived at the scene quickly enough. To emphasize the point, the CCC bombed the gendarmerie administrative offices in Brussels a few days later. In December 1985 Belgian police arrested several leading CCC members and subsequently discovered CCC safehouses.

In April a previously unknown group—FRAP—surfaced. It claimed responsibility for several attacks, including the bombing in April of a building housing the North Atlantic Assembly. By the end of the summer, Belgian police had located a FRAP safehouse and later in the year discovered others.

**Spain**. The Military Wing of the Basque separatist organization ETA (ETA-M) remained the most serious terrorist problem in 1985, despite counterterrorist successes by Spanish and French police and continued murders of

suspected ETA members by the rightwing GAL. ETA-M conducted a series of bombings against tourist targets during the spring and summer but caused only two injuries and limited property damage. The group also carried out an offensive against Spanish police and military officials that left 29 dead and several dozen wounded. Although all of ETA-M's attacks in 1985 were directed at Spanish targets, an American passer-by was killed in an attack on the Civil Guard in September. There was a lull in ETA-M attacks between mid-September and mid-November, while the group's leadership apparently discussed with Madrid its demands for unification of the Basque regions and amnesty for Basque prisoners and exiles.

Spain's other major indigenous terrorist organization, GRAPO, suffered a major setback in January when Spanish police arrested 18 of its leading members and seized large quantities of arms and ammunition. Although GRAPO was relatively inactive throughout the year, in April it claimed credit for the bombing of the El Descanso restaurant near Torrejon Airbase that killed 18 Spaniards and wounded 82 others, including 15 Americans. The bombing also was claimed by several other terrorist groups, including ETA, Islamic Jihad, and the Armed Organization of the Jewish People. Some officials believed the bombing was the work of Middle Eastern terrorists, while others attributed it to GRAPO.

Iraultza, the small, violent, anti-US wing of the Basque Communist Party, claimed responsibility for at least four bombings against US businesses in 1985. Its attacks continued to be characterized by low-yield explosives placed near buildings.

**Portugal**. The leftist Portuguese group Popular Forces of 25 April (FP-25) continued to attack US and NATO-related interests, which the group had begun targeting in late 1984. A mortar attack against NATO warships in January was followed by the bombing of 18 automobiles belonging to West German servicemen at Beja the following month. Although FP-25 claimed that these attacks were part of the West European "campaign" against NATO, they probably were "copycat" attacks patterned on RAF and AD activities and aimed at attaining publicity for FP-25.

FP-25 terrorist acts during the remainder of the year were directed mainly at indigenous targets and included two assassinations. In July a key witness in the scheduled trial of FP-25 members arrested in 1984 was killed. Two months later, 10 alleged group members escaped from prison and, in so doing, forced a delay in the trial of 50 other FP-25 defendants. The trial, which finally began in October, continued into 1986.

**Italy**. Following at least 13 months of inactivity, the BR returned to action in March with its only attack of 1985—the murder in Rome of Enzo Tarantelli, a prominent labor economist. Despite expectations of some security officials that the BR would join the other major West European terrorist groups in attacking NATO, it did not participate. The organization suffered setbacks during the year as Italian police arrested numerous members, including Barbara Balzarani, the most wanted group leader. In addition to the arrests, group activity was limited by a second year of factional struggle.

**Greece**. The level of terrorist activity in Greece remained high as both indigenous and Middle East–origin terrorism continued to cause concern. One-third of the international incidents that occurred there last year were directed against US targets, many in the form of arson and bombing attacks against vehicles belonging to US military personnel in Athens. The Revolutionary People's Struggle and the virulently anti-US 17 November Revolutionary Organization continued to pose high threats to US personnel in Greece. In late February, members of 17 November murdered a Greek publisher whom it identified as pro-American. Earlier that month, a bomb exploded at a bar in the Athens suburb of Glyfada, which was frequented by US servicemen. Responsibility for the attack has not been established, but American customers (59 of whom were wounded in the attack) may have been the intended victims. Greece continued to provide easy access and transit for Middle Eastern terrorists, as evidenced by the TWA hijacking in June in which Flight 847 from Athens to Rome was diverted to Beirut.

**Northern Ireland**. The Provisional Irish Republican Army (PIRA) detonated its first bomb in downtown Belfast in two years and exploded another bomb outside a crowded shopping center in Londonderry—both in October 1985.

Throughout the year, the PIRA continued to attack businessmen and laborers who performed contract work for police stations of the Royal Ulster Constabulary. The November agreement between the United Kingdom and the Irish Republic—giving the latter a greater voice in the affairs of Northern Ireland—had no apparent impact on the level of PIRA violence. Protestant extremists, however, vented their dissatisfaction by staging demonstrations that, at least in 1985, were nonviolent.

**Luxembourg**. Unknown persons carried out 13 bombings against domestic targets in 1985. All of the attacks were directed against property, rather than people.

**Latin America**

In 1985, 119 international terrorist incidents occurred in Latin America, a 45-percent increase over the previous year and the second highest total for the region since the beginning of the decade. As a venue for international incidents, however, Latin America continued to rank third, trailing the Middle East and Western Europe. Terrorism against US targets comprised the largest portion of international terrorist activity in Latin America last year.

International terrorism represents only a small percentage of the politically inspired violence in Latin America. Most terrorism is related to local insurgencies. In El Salvador, Colombia, and Peru, leftwing, rural-based insurgencies used terrorist tactics, as did several leftwing urban groups both in those countries and in Chile and Ecuador. Government-sponsored violence in Chile continued unabated, although rightwing terrorism in El Salvador declined.

**El Salvador**. In 1985 elements of the leftist Farabundo Marti National Liberation Front began to increase their urban operations and upgrade their metropolitan front groups in an apparent change in tactics wrought by military setbacks in the field. In late June the killing of 13 persons, including four off-duty US Marines and two US businessmen, in a San Salvador cafe was the most ominous sign of this return to the cities. The Mardoqueo Cruz Urban Commandos, the urban terrorist element affiliated with the PRTC, took credit for the murders. In a message delivered to a foreign news agency, the group claimed that the attack was part of an operation that it called Yankee Aggressor,

*Bodies of victims gunned down at a cafe in San Salvador's Zona Rosa district, 19 June 1985.*



Another Vietnam Awaits You. The message hinted at further strikes against US military and diplomatic personnel. These killings were the first to involve official US personnel since May 1983, when Lt. Comdr. Albert Schaufelberger, deputy chief of the US military group, was shot to death in his car by radical members of the Popular Forces of Liberation insurgent group.

In mid-September, Inez Duarte Duran, the daughter of President Duarte, was kidnaped by leftist guerrillas of the "Pedro Pablo Castillo Command." She was held for nearly two months before being released in a prisoner swap involving approximately two dozen captured guerrillas.

Many Salvadoran officials believed that the Duarte kidnaping signaled the return of the guerrillas to a campaign of urban terrorism, but few signficant terrorist incidents occurred during the remainder of the year. Many of the urban terrorist groups experienced heavy losses late in the year as a result of the increased effectiveness of the local security services.

**Colombia**. As in the past, most of the political violence that erupted in Colombia in 1985 was indigenous, generally involving skirmishes between insurgent groups and the military or guerrilla attacks on civilians and property. Even so, international terrorism in Colombia increased by approximately 60 percent—to 30 incidents—over 1984. The United States was most often the target of this increased international terrorist activity, with much of the violence consisting of low-level bombings against US businesses and binational centers. Nevertheless, there were several instances in which US business personnel were taken captive. In mid-August the M-19 claimed responsibility for the kidnaping in Bogota of an American oil company executive. The captive, an employee of a Tenneco subsidiary, was released in late December. In early December approximately 60 guerrillas of the People's Liberation Army attacked a Bechtel Corporation construction site in northern Colombia and kidnaped two US engineers. The captors demanded $6 million for their release. One of the Americans died in captivity in early 1986; the other was released shortly thereafter.

Two of the three major Colombian insurgent organizations that had signed a truce with the Betancur government in 1984 repudiated it in 1985. Only the Revolutionary Armed Forces of Colombia (FARC), the largest of these groups, continued to adhere to the truce; it also entered the legitimate political arena. The Ricardo Franco Front, a

25

*Member of Colombian security forces monitoring siege of Palace of Justice by 19th of April Movement guerrillas, 6 November 1985.*



splinter group of the FARC, staged a number of terrorist attacks during the year, but infighting sharply curtailed the level of its terrorist activity. An internal massacre in late 1985 so depleted the ranks of the organization as to all but eliminate it as a significant threat.

One of the most dramatic terrorist attacks ever recorded in Colombia occurred in Bogota in early November when a group of well-armed M-19 members seized the Palace of Justice and held Supreme Court judges and other persons hostage for nearly 30 hours. The incident ended when units of the Colombian military and security forces stormed the building and killed all the guerrillas. Although some dozen justices and dozens of employees and visitors were killed in the storming and President Betancur was criticized by some opposition leaders for using force, the public largely supported the action. The outcome demoralized the M-19 and restricted its capability to operate in Bogota. The group subsequently shifted its operations to rural southwestern Colombia, where it continued to attack villages and engage military forces while it probably seeks to rebuild its urban infrastructure.

In late 1985, the M-19, together with elements of the Ecuadoran leftist group Alfaro Vive, Carajo! (AVC), and possibly other South American terrorist organizations, formed a regional insurgent group known as the America Battalion. The M-19 has long sought to unify several insurgent groups in the region into a front to undermine what it calls imperialist influences. However, the battalion restricted its activities in 1985 to guerrilla confrontations with the Colombian military.

***Chile***. More than 850 bombings occurred in Chile in 1985, the largest number of terrorist incidents recorded anywhere. The Manuel Rodriguez Patriotic Front carried out most of these attacks, which were directed against Chilean targets—mainly public utilities, police, and other security facilities. International terrorist incidents there increased by approximately 60 percent over 1984. Although the number of attacks against US installations and businesses rose in 1985, anti-US terrorism—consisting principally of noncasualty-producing, low-level attacks directed against US commercial establishments and financial institutions—continued to account for a small percentage of such violence in Chile.

***Peru***. The Sendero Luminoso (SL), a brutal Maoist insurgent group composed mainly of Andean Indians, began its "armed struggle" in 1980 and, since then, has established a stronghold in the highlands of south-central Peru. Throughout 1985, elements of the group increased the number and intensity of terrorist attacks in the cities, especially in Lima, where SL members conducted dozens of bombings and carried out an array of sabotage activities. SL guerrillas have been implicated in the slaugh-



*Weapons seized by Colombian police from guerrillas of 19th of April Movement, November 1985.*

ter of uncooperative peasants and murders of village officials who collaborated with the government.

In 1985 the leftist terrorist group Tupac Amaru Revolutionary Movement (MRTA) continued to threaten Peruvian interests. The MRTA surfaced as an urban guerrilla group in 1984, when it claimed responsibility for several terrorist incidents in Lima. Most of the group's activities last year, however, were propaganda oriented. A number of them involved the seizure of radio stations or low-level harrassment bombings intended to underscore MRTA's anti-US and anti-imperialist ideology. In mid-1985, however, MRTA carried out its first car-bombing—against a US bank. The group suspended armed attacks against the government for three months following the inauguration in late July of President Alan Garcia; but, by early November,

MRTA had resumed its activities, carrying out low-level attacks against the US and Colombian Embassies, as well as various government and business offices.

***Ecuador***. The leftist subversive group AVC, which espouses many of the antioligarchic, anti-US, and anti-imperialist views held by radical leftist groups in several Latin American countries, became increasingly active in 1985. In March approximately 25 AVC members broke into a police arsenal and stole several hundred firearms. In early August, the group kidnaped a wealthy local businessman and held him for about a month before security forces stormed the apartment in which he was held. The raid resulted in the deaths of the hostage and several terrorists.

## Asia

In 1985 Asia accounted for 5 percent of the international terrorist activity worldwide. The number of international terrorist attacks in the region rose from 27 in 1984 to 41 in 1985, but overall terrorism in Asia remained predominantly domestic in nature, with Sikh violence a notable exception. Several groups identified in late 1984 as potentially explosive—including Sri Lanka's Tamils, Pakistan's Al-Zulfikar, and Japan's Chukaku-ha—were, for the most part, quiescent during 1985. Isolated acts of terrorism occurred last year in such previously violence-free areas as Nepal and Singapore, but terrorist violence in places such as the Philippines, Indonesia, and New Caledonia did not rise to expected levels.

***Sikh Extremists***. In 1985 Sikh extremists conducted their first international terrorist attacks. They are believed responsible for last year's most spectacular act of international terrorism—the June bombing over the North Atlantic of an Air India jetliner with 329 people aboard. The Sikh Student Federation, 10th Regiment—a militant Sikh group responsible for many acts of terrorism and communal violence within India since 1981—claimed responsibility. At about the same time, another bomb exploded in the baggage handling area of Tokyo's Narita Airport, killing two Japanese workers. The bomb probably was intended to go off aboard an Air India jet bound for India. Both Air India incidents are believed to be the work of Canada-based Sikh extremists.

Sikh radicals also caused other problems in 1985. In early April, US authorities arrested five Sikhs on charges of conspiring to assassinate Prime Minister Rajiv Gandhi during his June visit to the United States. The group also

27

**Table 6**
**International Terrorist Incidents, 1985**

*Number of incidents*

| | North America | Latin America | Western Europe | USSR/ Eastern Europe | Middle East | Sub-Saharan Africa | Asia/ Pacific | **Total** |
|---|---|---|---|---|---|---|---|---|
| **Total** | 4 | 119 | 218 | 2 | 357 | 41 | 41 | **782** |
| Armed attack | | 13 | 45 | | 67 | 9 | 7 | **141** |
| Arson | 1 | 7 | 29 | | 62 | 1 | 2 | **102** |
| Bombing | 2 | 76 | 129 | 2 | 160 | 9 | 21 | **399** |
| Hostagetaking and barricade | 1 | | 1 | | | | | **2** |
| Kidnaping | | 14 | | | 44 | 21 | 8 | **87** |
| Nonaerial hijacking | | | 1 | | | | | **1** |
| Skyjacking | | | 4 | | 2 | | | **6** |
| Other | | 9 | 9 | | 22 | 1 | 3 | **44** |

planned to attack another Indian official while he underwent medical treatment in New Orleans in May. In the United Kingdom, Sikh extremists wishing to control temple management committees have attacked several Sikh moderates there since last November.

Sikh political violence within India in 1985 returned to the high level of early 1984, reaching its greatest intensity in mid-May when Sikh terrorists carried out a series of bombings that left more than 85 persons dead and more than 150 wounded in New Delhi and other cities in northern India. These attacks occurred just before the scheduled trial of three Sikhs accused of murdering former Prime Minister Indira Gandhi in October 1984. Sikh terrorism continued throughout the summer as radicals assassinated moderate Sikh leader Harchand Singh Longowal and other important Sikh and Hindu political figures.

*Sri Lanka*. In contrast with 1984, Tamil insurgents did not attack foreigners in 1985. Most of the five major Tamil groups restricted their attacks to police and military forces. A notable exception was the machinegun massacre of some 150 persons at the Buddhist shrine of Anuradhapura in mid-May—one of the bloodiest terrorist attacks on record. Among the victims were women, children, and Buddhist monks and nuns. No group claimed responsibility for the slaughter—which was condemned by nearly all of the Sri Lankan guerrilla groups—but the Liberation Tigers of Tamil Eelam, the most lethal of the separatist groups,

was probably responsible. In the wake of the massacre, the government arranged a cease-fire to prevent other such acts from occurring.

*Japan*. The most dangerous group, Chukaku-ha (Nucleus Faction), mounted more domestic terrorist attacks in 1985 than in most previous years, but nearly all of them were small scale and directed against property—principally the long-favored target, Narita Airport, and other transportation facilities. In November, Chukaku-ha demonstrated its ability to conduct guerrilla-type operations with a massive, well-executed assault on the National Railway—cutting railroad communications cables, firebombing a railway station, and burning a transformer facility—that paralyzed rail traffic throughout Japan. The only attack against foreigners was an early morning rocket attack on the US Consulate General in Kobe on 1 January, when the building was unoccupied. Although that attack caused neither damage nor casualties, at least one of the three rocket warheads contained antipersonnel shrapnel. Overall, the number of international terrorist incidents in Japan declined in 1985, compared with 1984.

In 1985 the best-known Asian terrorist group, the Japanese Red Army, surfaced to receive its released member, Kozo Okamoto, who had been held by the Israelis since the Lod Airport massacre in 1972. The group—apparently

28

inactive since 1977—continues to reside in the Bekaa Valley in southern Lebanon along with its longtime patron, the Popular Front for the Liberation of Palestine.

**The Philippines**. The two major Filipino insurgent groups—the NPA and the Moro National Liberation Front (MNLF) —continued their attacks against the government infrastructure and the civilian population in 1985, but, as in previous years, acts of international terrorism were rare.

The NPA used terrorist tactics in provincial capitals but did not move its violence into Manila. The NPA assassinated governors and mayors and frequently murdered ordinary citizens. Although the group has a policy of not attacking Americans, the organization was responsible for the death in May of an American of Philippine descent. The NPA may have been unaware of his citizenship, or it was irrelevant; guerrillas shot him as they had other farmers who refused to pay protection money.

The MNLF conducted only one act of international terrorism in 1985, when it kidnaped a Japanese photographer in January; he was released in April 1986. The group had been holding an American and a West German since November 1984 but released them in December 1985. The MNLF has continued to conduct guerrilla warfare on the island of Mindanao and—though it seizes foreign hostages from time to time—it remains an insurgent group that makes only occasional forays into domestic and international terrorism.

**Pakistan**. The Pakistani group Al-Zulfikar has been inactive since its last unsuccessful international terrorist attack two years ago. Al-Zulfikar apparently has never recovered from its attempt in July 1984 to seize foreign hostages in Vienna; during that incident nine operatives were taken into Austrian custody. In July 1985 it received yet another severe blow when one of its key leaders, Shahnawaz Bhutto, died in France. The current inability of Al-Zulfikar to recruit and operate at home appears to stem from the successes of Pakistani security forces, the lifting of martial law in late 1985, and the presence in India of a new government disinclined to support the group's activities against the Pakistani regime.

**New Caledonia**. Terrorist bombings and other political violence that began in New Caledonia in late 1984 persisted during 1985. Both anti-independence French settlers and members of the proindependence Kanak National Socialist Liberation Front are responsible for these actions. Although there have been no fatalities attributable to acts of terrorism, mob violence has claimed several lives, and Noumea's main courthouse was damaged by a bomb.

**New Venues for Terrorism**. Significant terrorist incidents occurred in 1985 in two Asian countries that were previously free of the terrorism problem. These attacks apparently were isolated and not necessarily indicative of new trends toward violence. In mid-March, a bomb exploded in front of a building housing the Israeli and Canadian Embassies in **Singapore**—the first terrorist incident there in this decade. In late June, a series of bombings in Kathmandu and other nearby towns in **Nepal** killed several persons and wounded a dozen others. The attacks apparently were committed by an antimonarchist group based in India. Although Nepalese authorities evidently have made no arrests, no other terrorist incidents occurred in the country in 1985.

**Other Areas.** Some countries that appeared to have developing terrorist problems in 1984 did not experience significant problems in 1985. In **Indonesia**, for example, conservative Islamic groups that were upset over the government's secular policies conducted a series of bombings and arson attacks in late 1984 and early 1985. Indonesian authorities made a number of arrests in 1985— followed up with prosecution and stiff sentences. The level of significant incidents in the country for the remainder of the year fell off sharply.

**Sub-Saharan Africa**
In 1985, as in previous years, international terrorism was not a serious problem in most of Sub-Saharan Africa. The total number of international terrorist incidents there fell slightly in 1985—down to 41 from the 1984 total of 45— largely because of a decline in the number of Libyan-sponsored attacks in Central Africa. In contrast to the downward trend that marked the region as a whole, Mozambique experienced a sharp increase in the number of international terrorist incidents. Indigenous Mozambican terrorism also occurred with greater frequency and increased lethality. Despite the announced intentions of some Sub-Saharan African insurgent groups to begin attacking Westerners, US personnel and facilities in the

**Table 7**
**International Terrorist Incidents by Region, 1981-85**

*Number of incidents*

|  | 1981 | 1982 | 1983 | 1984 | 1985 | **Total** |
|---|---|---|---|---|---|---|
| **Total** | **496** | **477** | **485** | **598** | **782** | **2,838** |
| Middle East | 97 | 51 | 107 | 205 | 357 | **817** |
| Western Europe | 215 | 249 | 189 | 232 | 218 | **1,103** |
| Latin America | 112 | 96 | 121 | 83 | 119 | **531** |
| Sub-Saharan Africa | 19 | 16 | 20 | 45 | 41 | **141** |
| Asia/Pacific | 15 | 28 | 37 | 27 | 41 | **148** |
| North America | 31 | 32 | 9 | 5 | 4 | **81** |
| USSR/Eastern Europe | 7 | 5 | 2 | 1 | 2 | **17** |

region were seldom directly targeted—more often they were incidental targets. US interests were attacked three times in 1985, as compared with nine the previous year.

**Mozambique**. In 1985 Mozambique was the venue for 16 international terrorist attacks—double the number in 1984. This increase was mostly the result of the high level of activity by the Mozambique National Resistance (RENAMO) insurgency, which, in its 10-year history, has exacted a casualty toll that numbers in the thousands. In April, RENAMO staged two ambushes of civilian convoys, resulting in the deaths of more than 200 civilians. RENAMO also killed 33 persons in an August attack on a funeral cortege. In some incidents, foreign aid workers and employees of foreign companies have been deliberately targeted. In April, for example, a UNICEF relief site was attacked, and the only official present was killed.

Ambushes such as the brutal incidents in April continued to be a favored tactic of the group, but kidnapings—of Mozambicans as well as foreigners—occurred with greater frequency than in past years. RENAMO evidently abducted thousands of Mozambican rural villagers in 1985, only some of whom were released by year's end. Among the foreign victims were Portuguese and Italian nuns, priests, tourists, and technicians. In June, RENAMO announced that it would negotiate only with Lisbon the release of some Portuguese prisoners. This policy probably was intended to gain recognition for the insurgency and to exert pressure on the Portuguese Government to assist in this effort. The new

strategy apparently won the release in September of 27 foreign hostages, although many other foreign kidnap victims—including two Soviet scientists seized in 1983—are presumed dead.

South African Government support for RENAMO was supposed to have ceased following the Nkomati Accord—an agreement signed by Presidents Botha and Machel in early 1984. Public revelations in 1985 of continued South African contact with RENAMO, however, confirmed Maputo's suspicions and fueled charges of continuing South African military and other assistance to the insurgent movement.

**South Africa**. Attacks in South Africa by the outlawed ANC increased by as much as 200 percent in 1985. Much of the activity occurred late in the year, in the wake of the Pretoria-imposed state of emergency. The ANC began to employ bombs more indiscriminately in 1985—displaying a growing shift toward attacks on civilians. Many attacks—such as the planting of landmines in farm areas—apparently were designed to intensify unrest and shake white confidence. A narrowly averted bombing attempt of the Johannesburg Army Medical Center in May would have resulted in numerous casualties had the explosive detonated, as scheduled, during working hours.

30

A two-month lull in ANC bombings followed President Botha's imposition of a state of emergency in July, but in September the ANC struck back. An ANC radiobroadcast urged nonwhites for the first time to shift the violence to white areas. Two days later, nonwhites attacked houses in white residential areas of Cape Province. Several more attacks occurred later that month and during the next month. A dramatic daytime bombing in a Durban shopping center in December 1985 killed five whites, including children. Six whites were killed in a series of landmine attacks on white farms in rural Transvaal Province near the border of Zimbabwe and Botswana.

**Namibia**. The Namibian insurgent group South-West Africa People's Organization (SWAPO) displayed disorganization and low morale in 1985, largely because of its military impotence, tribal squabbles, and stalled international negotiations. In 1985 the SWAPO "rainy season offensive" was even less successful than those of previous years. Small bombings of such civilian targets as schools, shops, telephone lines, and service stations were standard fare, while military camps and nearby residential areas were hit by mortar attacks.

**Angola**. In 1985 the National Union for the Total Independence of Angola (UNITA) continued to attack Angolan economic and military facilities. Its level of international terrorist activity declined over that of the previous year—from 13 to eight incidents—and, as in the past, involved mostly foreign technicians and aid workers. Eastern Bloc representatives were frequently targeted in an attempt to pressure those governments to reduce aid to Luanda. UNITA claimed that a March attack on a hotel and a Soviet housing area resulted in the deaths of 75 Bulgarians, Cubans, and Angolans. In November a Soviet residence in Huambo was bombed, resulting in many casualties.

Westerners also have fallen victim to UNITA attacks. In May two priests were killed on their way to mass; UNITA claimed responsibility and indicated that they were targeted because they traveled with a military convoy. In another case, a Red Cross worker was killed and his plane damaged by a mine when he landed at an airport that serviced Red Cross aircraft exclusively. The crowd that gathered on the runway suffered injuries from the explosion of a second mine. Brazilian and Angolan missionaries were killed and others kidnaped in yet another attack in December.

**Chad**. International terrorist activity occurred infrequently in Chad in 1985. In February and November, however, a total of five US employees of a US oil company were kidnaped. In both cases, Chadian security forces recovered the hostages without incident. Southern Chadian rebels were believed to be behind both kidnapings and, by targeting US citizens, were trying to embarrass Chadian President Habre.

31

## Appendix A

## Chronology of Significant Terrorist Events, 1985

| | |
|---|---|
| *1 January* | **Japan**<br>Three homemade rockets were launched by a time-delay mechanism at the US Consulate General in Kobe. The rockets caused neither damage nor casualties. The radical leftist group Chukaku-ha (Nucleus Faction) claimed credit. |
| *8 January* | **Lebanon**<br>In West Beirut, Reverend Lawrence Jenco, US director of Catholic Relief Services in Beirut, was kidnaped as he was being driven to work from his residence. Islamic Jihad claimed responsibility. Reverend Jenco was released in July 1986. |
| *15 January* | **Belgium**<br>The Communist Combatant Cells set off a car bomb in front of the US NATO Support Activity building outside Brussels. The bomb heavily damaged the building and blew out windows as far away as 100 meters. One US military policeman was injured. |
| *25 January* | **France**<br>Gen. Rene Audran, the French Defense Ministry official in charge of international arms sales, was assassinated by an unknown assailant outside his home in Paris. An anonymous telephone caller claimed credit for the attack in the name of ''Commando Elizabeth Van Dyck of Action Directe.'' |
| *28 January* | **Portugal**<br>Popular Forces of 25 April launched a mortar attack at NATO warships anchored in Lisbon harbor. None of the vessels was struck. |
| *1 February* | **West Germany**<br>In Munich two terrorists forced their way into the home of West German industrialist Ernst Zimmermann, tied him to a chair, and shot him in the head. He died 12 hours later. The Red Army Faction claimed responsibility for the attack in the name of Commando Patrick O'Hara, a member of the Irish National Liberation Army who died in a hunger strike in 1981. |

| | |
|---|---|
| *2 February* | **Greece**<br>A popular bar in the Athens suburb of Glyfada was bombed by unknown terrorists, injuring 78 persons, including 57 US servicemen and their dependents. The Cypriot group National Front claimed responsibility, but Middle Eastern terrorists are considered possible suspects. |
| *21 February* | **Greece**<br>The leftist terrorist organization 17 November gunned down a conservative Greek publisher on a busy Athens street and critically wounded his driver. Leaflets found at the scene strongly denounced Greece's socialist government. |
| *22 February* | **France**<br>In Paris terrorists exploded a bomb near the rear entrance of the Marks and Spencer department store shortly after the store opened, killing one person and injuring 15 others. In May 1986 French police arrested a Tunisian suspect linked to Middle Eastern terrorists in connection with this and other bombings. |
| *28 February* | **Kuwait**<br>Four gunmen shot the assistant cultural attache of the Iraqi Embassy and his son in their Kuwaiti home. No group claimed responsibility. |
| *28 February* | **Austria**<br>The former Libyan Ambassador to Austria was severely wounded by two shots fired from a car outside his home in Vienna. The victim had supported Qadhafi's seizure of power in 1969 but resigned his position in disgust at the regime in 1980. |
| *1 March* | **Northern Ireland**<br>The Provisional Irish Republican Army launched nine mortar rounds at a Royal Ulster Constabulary compound in Newry. Several rounds made direct hits on a trailer serving as a temporary canteen for the police station. Nine officers were killed and 37 other persons, including 25 civilians, were wounded. |
| *8 March* | **Lebanon**<br>In south Beirut an estimated 250 kilograms of explosives concealed in a car detonated near the home of Hizballah spiritual leader Muhammad Husayn Fadlallah, killing 80 persons and wounding more than 250 others. No group claimed responsibility. |

34

*12 March*

**Canada**
In Ottawa three members of the Armenian Revolution-ary Army seized the Turkish Embassy, killing a guard. Turkish Ambassador Coskum Kirca escaped by jump-ing out of an upper story window but was injured by the fall. After four hours, the terrorists surrendered.

*14 March*

**Guadeloupe**
In Point-a-Pitre, a bomb exploded at lunchtime in a crowded restaurant, killing one person and injuring 11 oth-ers. Four Americans were slightly injured. No group claimed responsibility for the incident, but the separatist Caribbean Revolutionary Alliance is suspected.

*16 March*

**Lebanon**
In West Beirut gunmen abducted Terry Anderson, the chief Middle East correspondent for Associated Press. An anonymous caller claimed that Islamic Jihad was responsible.

*21 March*

**Greece, Italy, Cyprus**
In Athens, Rome, and Nicosia, Jordanian airline offices were the targets of grenade attacks that injured five per-sons. In telephone calls to press agencies, claims of responsibility were made in the name of Black September, a covername used by the Abu Nidal Group.

*27 March*

**Italy**
In Rome the Red Brigades assassinated Rome Univer-sity professor Enzo Tarantelli, an eminent labor economist involved with the Christian Democratic–oriented Con-federation of Italian Labor.

*27 March*

**Iraq**
In Tikrit, President Saddam Husayn's hometown, two car bombs exploded, killing 36 persons and injuring many more. One vehicle bomb reportedly exploded outside a Women's Federation office and the other near the town's Labor Federation office. No one claimed credit for the attacks.

*6 April*

**West Germany**
In Bonn an anti-Qadhafi Libyan student was killed by a Libyan gunman. The assassin also wounded two German passers-by, one seriously. The Libyan victim had been a target of the Qadhafi regime for at least two years.

*12 April*

**Spain**
The El Descanso restaurant outside Madrid was bombed, killing 18 Spaniards and wounding another 82 persons, including 15 Americans. Individuals claiming

to represent several terrorist groups—including the
First of October Antifascist Resistance and Islamic Ji-
had—claimed responsibility. Middle Eastern terrorists
are among the prime suspects.

10-12 May    *India*
A coordinated bombing campaign by Sikh extremists
left 85 persons dead and more than 150 wounded in New
Delhi and other cities. More than a dozen bombs ex-
ploded in buses, bus stations, and other public places.

11, 15 May    *France*
In Corsica the National Front for the Liberation of Cor-
sica is suspected of setting off 15 bombs on 11 May and
17 more on 15 May. The blasts damaged cars, banks,
and shops of mainland Frenchmen but caused no
casualties.

14 May    *Sri Lanka*
Tamil separatist guerrillas killed some 150 men,
women, children, and Buddhist monks and nuns in a
machinegun attack on the Buddhist shrine of Anu-
radhapura. The perpetrators escaped into a wildlife refuge
and were never apprehended.

25 May    *Kuwait*
In Kuwait members of the Iranian-backed Dawa Party
carried out a car-bombing on the motorcade of the Amir
of Kuwait. Six people died in the explosion and ensuing
melee, and 12 were injured. The Amir suffered minor inju-
ries. Islamic Jihad claimed responsibility.

28 May    *Lebanon*
In West Beirut six gunmen kidnaped David Jacobsen,
the US administrator of the American University Hospital,
as he was walking from the campus to the adjacent
hospital compound. Islamic Jihad claimed responsibility.

10 June    *Lebanon*
Gunmen kidnaped Thomas Sutherland, US dean of ag-
riculture at the American University of Beirut, as he was
leaving Beirut International Airport. Islamic Jihad
claimed responsibility.

14 June    *Lebanon*
Lebanese Shi'a gunmen hijacked TWA flight 847 en
route from Athens to Rome and forced it to land in Beirut
after two round trips from Beirut to Algiers. The hijack-
ers released the hostages 17 days later, but, before they
did, they killed US Navy diver Robert Stethem.

19 June

**West Germany**
A bombing of the international terminal at Frankfurt's Rhein-Main Airport left four persons dead and 60 injured. Among the groups that claimed responsibility were the Arab Revolutionary Organization, the Red Army Faction, and the so-called Peace Conquerors.

19 June

**El Salvador**
An armed attack on a cafe in San Salvador's Zona Rosa district killed 13 persons, including six Americans. The Mardoqueo Cruz Urban Commandos of the Central American Revolutionary Worker's Party took credit for the attack.

20-21 June

**Nepal**
Five bombs exploded in the capital of Kathmandu and the western city of Pokhara on 20 June, leaving seven dead and at least 19 others injured. On 21 June three more bombs went off in the southern border town of Birgunj, killing one other person. These were the first terrorist bombings ever recorded in Nepal. Two previously unknown groups claimed credit.

23 June

**North Atlantic**
A Shannon-bound Air India flight from Toronto was bombed over the North Atlantic, killing 329 passengers and crewmembers. Two Sikh organizations and a Kashmir separatist group claimed responsibility, but Sikh extremists probably carried out the attack.

23 June

**Japan**
A few hours after the explosion aboard the Air India flight, a bomb exploded in the baggage handling area of Tokyo's Narita Airport, killing two Japanese workers. The suitcase containing the explosive device had arrived from Canada and was being transferred to another Air India jet bound for India. Although no group claimed credit for this incident, Sikh extremists are believed responsible.

1 July

**Spain**
In Madrid a bomb exploded at the British Airways ticket office, killing one person and injuring 27 others. The blast gutted the premises and also wrecked a TWA office located directly above. Minutes later, a grenade was lobbed into the nearby offices of Royal Jordanian Airlines, and the front of the building was raked with small-arms fire. The Organization of the Oppressed, Revolutionary Organization of Socialist Muslims, and Black September claimed responsibility.

37

| | |
|---|---|
| 11 July | **Kuwait**<br>In Kuwait two powerful bombs exploded within minutes of each other in two crowded outdoor cafes, killing eight people and injuring 89 others. The Arab Revolutionary Brigades, a covername used by the Abu Nidal Group, claimed responsibility. |
| 22 July | **Denmark**<br>In Copenhagen simultaneous bombings damaged the Northwest Orient Airlines office and a synagogue, injuring 32 persons. A caller claiming to represent Islamic Jihad took responsibility. |
| 29 July | **Spain**<br>The Basque Fatherland and Liberty-Military Wing claimed credit for the machinegun attack that killed Vice Adm. Fausto Escrigas Estrada, the Director General of Defense Policy, as he drove to work in Madrid. |
| 6 August | **Mozambique**<br>The Mozambique National Resistance killed 33 persons in an attack on a funeral cortege in Tete Province near the Malawi border. |
| 8 August | **West Germany**<br>A car-bombing at Rhein-Main airbase near Frankfurt killed two Americans and wounded 17 other persons. The West German Red Army Faction and the French Action Directe both claimed responsibility. |
| 16 August | **Colombia**<br>The 19th of April Movement claimed responsibility for the kidnaping in Bogota of an American oil company executive, Michael Stewart. Stewart, an employee of a Tenneco subsidiary, was released on 23 December. |
| 20 August | **Egypt**<br>In Cairo the Israeli administrative attache was assassinated by gunmen in a passing car. His wife and secretary were wounded. The previously unknown group Egyptian Revolution claimed credit. |
| 3 September | **Greece**<br>Two grenades were thrown into the lobby of a Greek hotel in Glyfada, wounding 19 Britons. A caller to an Athens newspaper stated that Black September would conduct numerous attacks in Athens if Greek authorities did not release one of its members. |

9 September      **Spain**
In Madrid the Basque Fatherland and Liberty-Military Wing claimed responsibility for a remote-controlled car-bomb attack that injured 18 Spanish Civil Guardsmen and an American passer-by; the American later died of his injuries.

10 September      **El Salvador**
President Duarte's daughter, Inez, and a companion were kidnaped on a San Salvador university campus during a scuffle that left one security guard dead and another mortally wounded. Inez Duarte was held for nearly two months before being released in a prisoner swap involving approximately two dozen captured guerrillas. The Pedro Pablo Castillo Front claimed responsibility.

16 September      **Italy**
Terrorists lobbed grenades into the Cafe de Paris restaurant in Rome, wounding 38 tourists, including nine Americans. The Revolutionary Organization of Socialist Muslims, a covername used by the Abu Nidal Group, claimed responsibility.

25 September      **Italy**
In Rome a bomb exploded in the British Airways office, injuring 15 persons. An Arab arrested while fleeing the scene claimed to be a member of the Revolutionary Organization of Socialist Muslims, a covername used by the Abu Nidal Group.

30 September      **Lebanon**
In Beirut three Soviet diplomats and a Soviet Embassy doctor were kidnaped. The body of one of the captives was found in a West Beirut suburb on 2 October; the remaining hostages were released on 30 October. A Sunni Muslim group, Islamic Liberation Organization, claimed responsibility.

7 October      **Mediterranean Sea**
The Italian cruise ship Achille Lauro was seized as it departed Alexandria, Egypt, for Port Said. Before surrendering to Egyptian authorities on 9 October, the terrorists killed US tourist Leon Klinghoffer. Abu Abbas' Palestine Liberation Front was responsible.

6 November      **Colombia**
Guerrillas belonging to the 19th of April Movement seized the Palace of Justice and held it for more than 27 hours. By the time the incident came to an end—after

government troops stormed the building—some 90 people were dead, including 12 Supreme Court judges and more than 50 guerrillas.

23 November

**Malta**
An Egyptian jetliner was hijacked from Athens to Malta. Before Egyptian commandos stormed the plane—killing some 60 persons who remained aboard—the terrorists murdered several persons, including an American woman, and wounded the other Americans on board. The Arab Revolutionary Brigades—a covername used by the Abu Nidal Group—claimed responsibility for the hijacking jointly with the Egyptian Revolution.

24 November

**West Germany**
A car bomb exploded in a parking lot adjacent to a US military shopping center in Frankfurt, wounding 32, mostly US military personnel and dependents. No group claimed responsibility, but Middle Eastern terrorists are suspected.

29 November

**Japan**
Chukaku-ha cut National Railway communications cables in at least 16 places, firebombed a railway station, and burned a transformer facility in a well-executed assault that ultimately stranded 11 million commuters.

7 December

**France**
The bombing of two department stores in Paris left about 35 holiday shoppers wounded. The Palestine Liberation Front, the Armenian Secret Army for the Liberation of Armenia, and Islamic Jihad all claimed responsibility.

10 December

**Colombia**
Approximately 60 armed guerrillas of the People's Liberation Army attacked a Bechtel Corporation construction site in northern Colombia and kidnaped two US engineers, demanding $6 million for their release. One of the Americans died in captivity in early 1986; the other was released shortly thereafter.

27 December

**Italy and Austria**
Near-simultaneous machinegun and grenade attacks at the Rome and Vienna airports left more than 20 persons dead, including five Americans, and some 120 wounded, including 20 Americans. Both incidents were carried out by the Abu Nidal Group.

**Appendix B**
**Victims of International Terrorism, 1985**

| | Number of Incidents | | Number of Incidents |
|---|---|---|---|
| Afghanistan | 10 | Italy | 19 |
| Algeria | 3 | Ivory Coast | 1 |
| Angola | 6 | Japan | 6 |
| Argentina | 3 | Jordan | 10 |
| Armenia | 5 | Kurdistan | 4 |
| Australia | 4 | Kuwait | 8 |
| Austria | 4 | Laos | 1 |
| Bahamas, The | 2 | Lebanon | 15 |
| Belgium | 5 | Lesotho | 1 |
| Bolivia | 2 | Libya | 17 |
| Botswana | 1 | Mexico | 4 |
| Burkina | 2 | Middle East | 15 |
| Brazil | 3 | Morocco | 2 |
| Bulgaria | 3 | Mozambique | 6 |
| Canada | 6 | Nepal | 1 |
| Chad | 1 | Netherlands | 6 |
| Chile | 17 | Nicaragua | 6 |
| China | 3 | Nigeria | 1 |
| Colombia | 14 | North Korea | 1 |
| Costa Rica | 1 | Norway | 2 |
| Cuba | 3 | Pakistan | 12 |
| Cyprus | 2 | Palestinian | 45 |
| Denmark | 4 | Panama | 1 |
| Germany, East | 1 | Peru | 4 |
| Germany, West | 27 | Philippines | 3 |
| Ecuador | 5 | Poland | 2 |
| Egypt | 5 | Portugal | 13 |
| El Salvador | 2 | Romania | 2 |
| Ethiopia | 1 | Saudi Arabia | 6 |
| Fiji | 1 | Seychelles | 2 |
| France | 46 | South Africa | 8 |
| Greece | 11 | South Korea | 1 |
| Guatemala | 4 | Spain | 37 |
| Honduras | 3 | Sudan | 2 |
| Hungary | 1 | Sweden | 3 |
| India | 6 | Switzerland | 7 |
| Indonesia | 1 | Syria | 22 |
| Iran | 14 | Thailand | 2 |
| Iraq | 11 | Tunisia | 4 |
| Ireland | 3 | Turkey | 2 |
| Israel | 198 | Uganda | 2 |

**Appendix B**
**Victims of International Terrorism, 1985 (continued)**

|  | Number of Incidents |
|---|---|
| United Arab Emirates | 2 |
| United Kingdom | 29 |
| United States | 170 |
| USSR | 13 |
| Vatican City | 1 |
| West Bank | 10 |
| Zambia | 2 |
| International organizations | 12 |
| Jewish world | 6 |
| NATO | 17 |
| Unspecified foreign | 10 |

Appendix C
International Terrorist Incidents, 1985



Number of Incidents

- 40 and above
- 20–39
- 10–19
- 1–9

C.A.R.   – CENTRAL AFRICAN REPUBLIC
F.R.G.   – FEDERAL REPUBLIC OF GERMANY
G.D.R.   – GERMAN DEMOCRATIC REPUBLIC
P.D.R.Y. – PEOPLE'S DEMOCRATIC REPUBLIC OF YEMEN
U.A.E.   – UNITED ARAB EMIRATES
Y.A.R.   – YEMEN ARAB REPUBLIC

Office of the Ambassador at Large for
Counter-Terrorism