UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JEREMY LEVIN,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-2494 (GK) |
| | : | |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

The Clerk of Court entered a default in this matter on August 29, 2006. Plaintiffs have filed a Motion for Default Judgment. Pursuant to the rules of this Court, this Motion is referred for a Report and Recommendation on liability, as well as damages, to Magistrate Judge John Facciola.

January 12, 2007                               /s/
                                                              Gladys Kessler
                                                              United States District Judge

**Copies via ECF to all counsel of record**