UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY LEVIN and DR. LUCILLE LEVIN, :
:
          Plaintiffs, :
:
v. : CASE NO. 1:05-CV-02494-GK
:
ISLAMIC REPUBLIC OF IRAN; IRANIAN :
MINISTRY OF INFORMATION AND :
SECURITY; SEYYED ALI HOSSEINI :
KHAMENEI; MOHAMMAD :
MOHAMMADI NIK; and IRANIAN ISLAMIC:
REVOLUTIONARY GUARD CORP, :
:
          Defendants. :

**PLAINTIFFS' MOTION FOR EXPEDITED RULING ON MOTION
FOR DEFAULT JUDGMENT AND REQUEST FOR TELEPHONIC
STATUS CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 16(a), Plaintiffs Jeremy and Lucille Levin ("Plaintiffs") hereby move for an expedited ruling on their motion for default judgment, filed with the Court on December 12, 2006, and for a telephonic status conference.[1]

Plaintiff Jeremy Levin has been diagnosed with Chronic Lymphocytic Leukemia presenting High Risk Factors, and if this legal action is not expedited, he most likely will not be able to participate in his own court action.  *See* Affidavit

---

[1] Counsel for Plaintiffs, Howarth & Smith, is in Los Angeles, California, and so Plaintiffs request that the Court allow counsel to participate in a status conference by telephone so as to avoid the time and expense of traveling to Washington, D.C.

of Dr. Ira Gore ¶¶ 3, 7 (Exhibit A).  This is a case that can and should be disposed of promptly.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   PROCEDURAL HISTORY**

This action was filed on December 30, 2005.  On June 26, 2006, Defendants were duly served with the Summons and Complaint in this action.  On August 29, 2006, the Court entered default against Defendants the Islamic Republic of Iran ("Iran"), the Ministry of Information and Security ("MOIS"), and the Iranian Revolutionary Guard Corp ("IRGC").  On December 12, 2006, Plaintiffs moved for default judgment against Defenedants Iran, MOIS, and the IRGC, and submitted affidavits and documents in support of their motion.[2]  On January 12, 2007, the case was referred to the Honorable John M. Facciola for a Report and Recommendation on liability and damages.  Since that date, no ruling or other action has been taken on Plaintiffs' Motion for Default Judgment.

**II.   PLAINTIFFS REQUIRE PROMPT AND TIMELY RELIEF**

Rule 16(a) of the Federal Rules of Civil Procedure provides that:

> In any action, the court may in its discretion direct the attorneys for the parties and any unrepresented parties to appear before it for a conference or conferences before trial for such purposes as:  (1) expediting the disposition of the action . . . .

Fed. R. Civ. Proc. 16(a).

---

[2] Plaintiffs further asked that the Court enter default based on the filings and without further testimony from Plaintiffs, as Mr. and Dr. Levin both have serious health problems and no longer reside in Washington, D.C., and it would be a significant burden for them to travel to Washington, D.C. for a live hearing.

Due to a recent change in the medical condition of Mr. Levin, Plaintiffs ask that the Court proceed on their motion for default judgment on an expedited basis and request a telephonic status conference with the Court pursuant to Rule 16(a). The case is over 17 months old and a default has been entered.

Mr. Levin is 75 years old and has been diagnosed with Chronic Lymphocytic Leukemia presenting High Risk Factors. *See* Affidavit of Dr. Ira Gore ¶¶ 2-3 (Exhibit A). At the time of the filing of this lawsuit and motion for default judgment, Mr. Levin's cancer was in remission. Since then, Mr. Levin's cancer has returned and he is now receiving aggressive multi-agent chemotherapy. *Id.* ¶ 4. Mr. Levin's treatment includes receiving IV chemotherapy three days every four weeks, and requires additional visits for laboratory review weekly. *Id.* ¶ 5. While Mr. Levin's doctors are aggressively treating the cancer, this is a potentially terminal disease. *Id.* ¶ 6. In the expert medical opinion of Mr. Levin's treating physician, Dr. Gore, it is more probable than not that if Mr. Levin's legal case is not expedited, Mr. Levin will not live to see the resolution of his case. *Id.* ¶ 7.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**III.   CONCLUSION**

For the foregoing reasons, Plaintiffs hereby request that the Court expedite its consideration of Plaintiffs' Motion for Default Judgment, and if needed for any reason, they further request that the Court set a telephonic status conference for the case.

Dated:  June 1, 2007                    Respectfully submitted,

/s/ Suzelle M. Smith
Suzelle M. Smith
D.C. Bar No. 376384
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Phone:  213-955-9400
Fax: 213-622-0791

Attorney for Plaintiffs