UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEREMY LEVIN and DR. LUCILLE LEVIN, :
:
          Plaintiffs, :
:
v. : CASE NO. 1:05-CV-02494-GK
:
ISLAMIC REPUBLIC OF IRAN; IRANIAN :
MINISTRY OF INFORMATION AND :
SECURITY; SEYYED ALI HOSSEINI :
KHAMENEI; MOHAMMAD :
MOHAMMADI NIK; and IRANIAN ISLAMIC :
REVOLUTIONARY GUARD CORP, :
:
          Defendants. :

## AFFIDAVIT OF DR. IRA GORE

I, Dr. Ira Gore, being duly sworn, depose and say:

1. I am a medical doctor, and my specialty is Oncology. I attended Duke University Medical School and graduated in 1982. I practice Oncology at The Bruno Cancer Center of St. Vincent's Hospital in Birmingham, Alabama. I am Board Certified in Oncology and have been treating patients for 18 years.

2. Jerry Levin is my patient and I have been treating him for five years. Mr. Levin is 75 years old.

3. Mr. Levin has been diagnosed with Chronic Lymphocytic Leukemia presenting High Risk Factors.

/ / /

4. Mr. Levin is being treated by Muti agent Chemotherapy.

5. Mr. Levin receives IV chemotherapy for three days every four weeks and requires additional visits for laboratory review weekly.

6. While we are aggressively treating the cancer and Mr. Levin is fighting this with great courage, realistically this is a potentially terminal disease.

7. In my expert medical opinion, Mr. Levin's medical condition makes it more probable than not that his life expectancy is radically reduced and if his legal case is not expedited, he most likely will not be able to participate in his own court action.

FURTHER THE AFIANT SAYETH NOT.

Dated this 31 day of May 2007.

_____
Dr. Ira Gore

Sworn and subscribed to before me
this 31 day of May 2007.

_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 18, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

06:P1706002.doc                    2