## **AFFIDAVIT OF DR. LUCILLE LEVIN**

I, Dr. Lucille Levin, being duly sworn, depose and say:

1. In December 1983, my husband, Jeremy ("Jerry") Levin, accepted a position in as CNN's Bureau Chief and correspondent in Beirut, Lebanon. Jerry moved to Beirut first and on January 22, 1984, I joined him.

2. Prior to moving to Beirut, Lebanon, Jerry and I were residents of Washington D.C.

3. On March 7, 1984, I left our apartment before Jerry in order to attend a class at the Near Eastern School of Theology. We had plans to meet at the CNN offices for lunch. However, when I arrived at the CNN offices, I was immediately bombarded with strange questions, people asking me if Jerry was with me or if I had seen him. I was finally able to ascertain that Jerry had never arrived at the office that morning and that he was missing, considered kidnapped. I was devastated and terrified, torn with anxiety, grief, and fear both for my husband and for myself. I was in a foreign country in the middle of a Civil War; I did not speak the language; I was alone. No one knew what to do or how to help me; almost everyone was also afraid of putting themselves in danger if they became too involved.

4. In the 343 days that followed, I sought information about Jerry from literally anyone who would listen. I went to hospitals, the morgue, the police, foreign leaders, foreign and American embassies, and even to the leader of the Shiite faction then in control of Western Beirut, Nabih Berri, begging for help. I

then traveled from Beirut to Cyprus to the United States, using every connection I could in order to gain information about my husband's whereabouts and to secure his release. In Washington D.C., I gathered a team of family and several close friends who around worked around the clock, calling everyone we knew with connections in the Middle East, in an effort to obtain information about where Jerry was being held and by whom, so we could try to negotiate for his release. Phone bills for calls in the United States and overseas were tremendous. It was the worst 343 days of my life, not knowing whether Jerry was alive or dead. I could not mourn him and I could not hope. For 343 days, I lived in a nightmare, caught between hope and despair.

5. I depleted our savings in my attempt to find Jerry or pay those who claimed they could find him and barter for his release. Many people who took our money were charlatans, but I could not take a chance that the person I refused might have been someone who could get Jerry back to safety. All I could do was fight for the life of my husband with all my heart, mind and soul.

6. The U.S. State Department would contact me from time to time to give me some information. In April 1984, I learned that Jerry was being held by the militant Shiite group Hizbollah. Gradually, I also learned that Hizbollah was continuing to kidnap and hold other Americans hostage as well as Jerry; Jerry was the first. Hizbollah was threatening to kill the American hostages unless 17 Shiite prisoners in Kuwait were immediately released. I was the only one of the hostage

families residing in D.C., so the other families would come and sometimes stay with me throughout the whole ordeal.

7. In June 1984, I learned that the Kuwaiti government had set a date for the execution of the Shiite prisoners. I was horrified and panicked because according to the media reports, Hizbollah promised to execute the American hostages, including Jerry, if the Kuwaiti government executed the prisoners. I was told by the State Department: "Kuwaitis have never been known to stay an execution." I knew that if the execution went forward, Jerry would be killed. As members of my team fought to get in touch with the Kuwaiti government, I suffered, not knowing if Hizbollah would follow through on their promise to execute the hostages. I finally received a call from the State Department that the Kuwaitis had agreed to stay the executions. I hung up the phone, closed my eyes, said a silent prayer of thanks and relief, and finally fell asleep for the first time in days.

8. In July 1984, I received a call from the State Department. They had received a videotape of Jerry taken by his captors, and they wanted me to identify him. I almost did not recognize the figure in the videotape. He was bearded and haggard, desperately thin, and his voice was soft and weak. His hair was tousled and matted, and he did not have his glasses on. His eyes looked tired and dilated, and he looked very ill. I was filled with anguish, terror, and anxiety as I listened to him say that his life depended on the life and freedom of the prisoners in

Kuwait because his Hizbollah captors would kill him on the day the Kuwaiti prisoners died.

9. Terrified for my husband's life, I redoubled my efforts to obtain his release through any possible means. In desperation, I gave over $200,000 to con men who promised me information about Jerry's location, but they took the money and gave me false or useless information in return. I sought out officials, royalty, scholars, and celebrities from all over the world, including Ross Perot, Jesse Jackson, and Princess Dina of Jordan. These and others contributed their time, money, efforts, and connections to try to obtain Jerry's freedom. However, after much false hope, nothing came of these efforts, and I became steadily more depressed, desperate, anxious, exhausted, and terrified that I would never see my husband again.

10. In November 1984, I traveled to Syria, because it was rumored that Jerry was being held in the Bekaa Valley, where Syrian troops had a strong presence. At this time, I did not know whether Jerry was still alive or if he had been murdered. I did not know if he had died from his injuries, illness, or starvation. I sought an audience with Syrian President Hafez Assad, and met several times with the Syrian Foreign Minister, Farouk al Sharaa, who promised to make inquiries and be in touch. I remained in Syria for more than a month, and met several more times with the Foreign Minister, and with several anonymous strangers that Princess Dina, missionaries, and Middle East specialists sent my way. But nothing seemed to come of my efforts. I was getting more and more

depressed, I fell and injured my ankle, and finally in early December, I collapsed. I received medical care there and after recovering from my illness, I decided to return to the United States. My elderly mother was dying of cancer in Alabama. I flew on Christmas Eve of 1984, feeling alone and defeated.

11. From the United States, I continued my efforts, together with the families of the other hostages being held by Hizbollah, to bring attention to the plight of my husband and his fellow hostages. During this time, I received a mysterious message from a friend in Syria, "All is well for a holiday." The continuous cycle of false hope, followed by severe disappointment, was mind-numbingly painful, and it was becoming hard for me to believe that Jerry might be released. I sought psychological help and treatment in D.C., and saw Drs. Halsey Bowen and Martha Bramhall.

12. At 5:00 am on February 14, 1985, over 11 months after Jerry had been taken from me, I received a call that Jerry was free. Somehow I knew unquestionably that it was true.

13. As a result of the ordeal of my husband's kidnapping, I have had to undergo regular psychotherapy to help me cope with the terror, anxiety, shock, and stress of that awful time. Watching the news reports about Jerry's kidnapping, witnessing the videotaped images of his obvious physical and emotional trauma, and living through the continuous threats on his life exacted an extreme psychological toll.

14. I have been diagnosed with Reacting Clinical Depression and have been in therapy approximately once a week since 1984. I have been treated by Dr. Don Richards and Dr. Stephen Kowalski in Birmingham, Alabama; and Dr. Bowen and Dr. Bramhall in Washington D.C. These sessions cost about $175 per session or $9,100 per year, for a total of $200,200 over the course of 22 years.

15. I have also had to take medications, including Wellbutrin @ 30 for $128.00, Lamictal @ 30 for $142.79, Pexeva @ 30 for $109.99. I take all three medications once a day, which costs about $381 per month or $4,572 per year, for a total of approximately $100,584 over the course of 22 years.

16. In addition, I have had to help Jerry cope with his own physical and psychological trauma since his release. Jerry's eardrums were virtually destroyed by untreated infection. He had to have new ones built and must wear expensive hearing modification. For a period of about one year, Jerry and I had to have counseling as a result of his kidnapping to assist us in coping with the results of this trauma on our marriage. We saw Dr. Winston E. Gooden at the Fuller Seminary in Pasadena. These sessions cost about $175 per session and we went about once a week for a year, for a total of $9,100.

17. I estimate that the total of my past medical treatment, including medication, is $309,884.

18. My doctors have told me that I will need therapy regularly at least once per week and medication for the rest of my life. I was born on August 20, 1931 and I am 75 years old. Using a reasonable conservative life expectancy of 85

years old, I estimate that the cost of my future therapy sessions at $175 per session for 10 years will be about $91,000. My medication at $381 per month for 10 years will be about $45,720.

19. I estimate that the total of my future medical treatment, including medication, will be $136,720.

*Dr. Lucille Levin* (signature)

Sworn and subscribed to before me this 28 day of Sep 2006.

*R. William* (signature)
Notary Public    4-28-07