## Affidavit of Dr. Patrick Clawson

I, Dr. Patrick Clawson, being duly sworn, depose and say:

**Qualifications of the Witness**

1. I am an adult citizen of the District of Columbia

2. I am Deputy Director for Research of the Washington Institute for Near East Policy, where I have been employed since 1997. My previous positions include five years as senior research professor at the Institute for National Strategic Studies of the National Defense University and senior economist for four years each at the Foreign Policy Research Institute, the World Bank, and the International Monetary Fund.

3. I have done contract consulting work about Iran for several U.S. government agencies over the last twenty-five years, including the Central Intelligence Agency, the Defense Department, the State Department Bureau of Intelligence and Research, and, through various contractors, the National Security Agency and the Defense Intelligence Agency. While at the National Defense University, I worked closely with officials from a wide range of U.S. government agencies on the issue of Iran and Iranian support for terrorism, including close work with the Central Command (the U.S. military command responsible for the Middle East) and its subordinate commands, and with the staff of the Joint Chiefs of Staff.

4. I have testified often about Iran, Iranian terrorism, and the use of economic measures to discourage Iran from supporting terrorism before the House International Relations, National Security, and Banking and Financial Services Committees, as well as the Senate Foreign Relations and Banking Committees.

5. I have made presentations about Iranian foreign and economic policy, including its support for terrorism, and about U.S. policy towards Iran at conferences sponsored by, among other organizations, the Iranian Foreign Ministry's Institute for Political and International Studies in Tehran, the Royal Institute for International Affairs in London, the Royal United Services Institute in London, the Japanese Foreign Ministry in Tokyo, the Institute for Defense Studies and Analysis in New Delhi, the Shanghai Institute for International Studies in Shanghai, the Jaffee Center of Tel Aviv University, the Council for Foreign Relations in New York and Washington, the Nixon Center (part of the Nixon Presidential Library) in Washington, the Carnegie Endowment for International Peace in Washington, the Asia Society in New York, and a great many universities.

6. My books and monographs include:

- *Eternal Iran: Continuity and Chaos* (Palgrave Press, 2005, with Michael Rubin)
- *Getting Ready for a Nuclear-Ready Iran* (U.S. Army War College, 2005, with Henry Sokolski, edited)
- *Checking Iran's Nuclear Ambitions* (U.S. Army War College, 2004, with Henry Sokolski, edited)
- *How to Build a New Iraq After Saddam* (the Washington Institute for Near East Policy, 2002, edited)
- *The Last Arab-Israeli Battlefield? Implications of an Israeli Withdrawal From Lebanon* (The Washington Institute for Near East Policy, 2000, with others)
- *Dollars and Diplomacy: The Impact of U.S. Economic Initiatives on Arab-Israeli Negotiations* (The Washington Institute for Near East Policy, 1999, with Zoe Danon Gedal)

- *Iran Under Khatami* (The Washington Institute for Near East Policy, 1998, with others)
- *Iraq Strategy Review* (The Washington Institute for Near East Policy, 1998, edited)
- *Strategic Assessment*, the flagship annual of the Institute for National Strategic Studies of the National Defense University, which I inaugurated and edited for three years (1995-1997)
- *U.S. Sanctions on Iran* (Emirates Centre for Strategic Studies and Research, 1997)
- *The Andean Cocaine Industry* (St. Martin's Press, 1996, with Rensselaer Lee)
- *Business As Usual? Western Policy Options Towards Iran* (American Jewish Committee, 1995)
- *Energy Security in the Twenty-First Century* (National Defense University Press, 1995, edited)
- *Iran's Strategic Intentions and Capabilities* (National Defense University Press, 1994, edited)
- *How Has Saddam Hussein Survived? Economic Sanctions 1990-1993* (National Defense University Press, 1993)
- *Iran's Challenge to the West: How, When, and Why* (the Washington Institute for Near East Policy, 1993)
- *Uprooting Leninism, Cultivating Liberty* (University Press of America, 1992, with Vladimir Tismaneanu)
- *Economic Consequences of Peace for Israel, Palestinians, and Jordan* (the Washington Institute for Near East Policy, 1991, with Howard Rosen)
- *Unaffordable Ambitions: Syria's Military Build-Up and Economic Crisis* (the Washington Institute for Near East Policy, 1989).

7. I have written about the contemporary Middle East, including about Iran, for *The New Republic* as well as op-ed articles in *The New York Times*, *Wall Street Journal*, and *Washington Post*, among other newspapers. I am the author of more

than thirty scholarly articles in *Foreign Affairs*, *Survival*, *Washington Quarterly*, *International Journal of Middle East Studies*, *Middle East Journal*, *Les Cahiers de l'Orient*, and *Oxford Bulletin of Economics and Statistics*, among other journals.

8. I was co-convener of The Washington Institute's 2000/2001 Presidential Study Group, which issued the report, *Navigating Through Turbulence: America and the Middle East in a New Century*. I was a member of the 2001 Council on Foreign Relations Task Force which issued the report *Strategic Energy Policy: Challenges for the 21st Century*.

9. I am senior editor of *Middle East Quarterly*. From 1990 through 1994, I was editor of *Orbis*, a foreign policy journal.

10. My Ph.D. is from the New School for Social Research and my B.A. is from Oberlin College.

11. I am able to read and/or speak Persian, Hebrew, Spanish, French, and German. I read the Iranian press regularly, including every day at least one Iranian newspaper from the many available on the internet. I also read other publications from Iran, including books in Persian.

**Prior Testimony as Expert**

12. I have been qualified as an expert witness and have given testimony about Iranian support for terrorism in more than a dozen federal trials where the Islamic Republic of Iran and other governmental divisions, including the Iranian Ministry of Information and Security ("MOIS") were defendants. These cases include *Cicippio v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 96-01805 (1996); *Flatow v. Islamic*

4

*Republic of Iran*, U.S.D.C., D.C. No. 97-00396 (1997); *Ungar v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-02606 (2000); *Anderson v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 99-00698 (1999); *Elahi v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 99-02802 (1999); *Wagner v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-01799 (2000); *Polhill v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-01798 (2000); *Stern v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-02602 (2000); *Cronin v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 99-02890 (1999); *Stethen v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-00159 (2000); *Hegna v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-00716 (2000); *Weinstein v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 00-02601 (2000); *Rafii v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 01-850 (2001); *Kerr v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 01-01994 (2001); *Higgins v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 99-00377 (1999); and *Surette v. Islamic Republic of Iran*, U.S.D.C., D.C. No. 01-00570 (2001).

**Information Assembled and Consulted to Form Opinions**

13. Since 1980, I have followed the scholarly literature and press from and about the Middle East. I have an archive of news articles from Iranian, U.S., European, and Arab newspapers and periodicals, with more than 10,000 items from the 1980s to June 1997. I have an extensive library of scholarly works on Iran, Lebanon, and terrorism, and my research assistants at the Washington Institute searched for material at the Georgetown University Library and on Lexis-Nexis.

14. I have attended more than seventy-five scholarly conferences and workshops on Iran's foreign policy, many of which analyzed its support for terror, with presentations by leading experts from the United States, Israel, Arab countries, and across Europe. I have often discussed with these experts the methods Iran used to support terror.

**Summary of Opinions**

15. It is my opinion to a reasonable degree of certainty that:

(a) Iran's Ministry of Information and Security (MOIS) and Islamic Revolutionary Guard Corp (IRGC) have been major institutions through which the Iranian government has provided financial, technical, and material support for terrorism, including the holding of hostages in Lebanon, among them Jeremy ("Jerry") Levin;

(b) The radical Shiite group Hizbollah took Jeremy Levin hostage in 1984; and

(c) Hizbollah was trained, supported, aided, abetted and funded by the Iranian government through MOIS and IRGC, and otherwise would not have had the expertise and skills needed to hold Jerry Levin captive while eluding the extensive search efforts of the U.S. and others.

**Rationale for Opinions**

16. Iran's Ministry of Information and Security (MOIS) was the successor to the Shah's Organization for Information and Security (known by its initials in Persian, SAVAK). From the early days of the Islamic Republic after the 1979 revolution, it

was at great pains to demonstrate that it could be useful and loyal to the new authorities. SAVAK was renowned for its craftwork in the intelligence business: it knew how to surveil targets, how to avoid detection, and how to hold prisoners clandestinely. SAVAK was the most respected intelligence agency in the Middle East outside of the Israeli agencies. Ample evidence emerged by the mid 1980s that the new revolutionary government was making full use of the skills of the former SAVAK, and that the SAVAK organization had survived intact and was the basis for the new ministry of intelligence, MOIS. MOIS was entrusted with some of the most politically delicate tasks for the new government, such as suppressing dissidents both at home and abroad, and assisting with schemes to overthrow neighboring governments, especially that in Bahrain.

17. The other major Iranian institution involved in Lebanon at this time was the IRGC. The IRGC was full of enthusiasm and spirit, and there were many accounts about how the IRGC provided raw muscle for Iran's efforts in Lebanon.

18. In the early and mid 1980s, Hizbollah was not equipped to carry out sophisticated operations such as hostage detention. The account of Hizbollah members, scholars who study the organization (including well-informed Lebanese scholars), and intelligence agency officials I have consulted is that Hizbollah was at that time being created by Iran, funded, supported and trained by Iranian agents and that the Hizbollah members did not have much in the way of technical skills for terrorism. That situation changes dramatically over the course of the years such that by the mid-1990s, Hizbollah is an extremely skilled terror organization – but that was

not the case in the early and mid-1980s. This skill level was acquired in substantial part thanks to the training from Iran, especially MOIS and the IRGC.

19. As of July 1, 1998, I had detailed information about the role of MOIS and IRGC in supporting terrorism in Lebanon in the 1980s, such as the kidnapping and detention of William Buckley, Father Richard Jenco, Terry Anderson, Joseph Cicippio, and Jerry Levin. The sources for my knowledge include but are not limited to:

- Materials from a murder trial – known as the Mykonos case – in Berlin, Germany before Judge Frithjof Kubsch in 1993-1997, leading to an April 15, 1997 verdict of guilty against Mohamad Atris, Kazem Darabi, and Abbas Hussen Rhayel for the 1992 murder of Iranian dissidents in the Berlin restaurant Mykonos. The 395-page court finding, issued in September 1998, is Bundesgerichtshof Beschluss 3StR 408/98. The indictment of Darabi described him as "an agent of the Iranian intelligence service VEVAK" (the Persian initials for MOIS). As part of that case, German federal authorities issued an arrest warrant for MOIS minister Ali Fallahian in March 1996. Fallahian had become minister of MOIS in 1988. I had discussed this case in detail with German officials and with U.S. government officials, who left no doubt about the central role of MOIS in coordinating Iran's terrorist activities. I had dozens of new accounts from German, Iranian, and international media about the trial and in particular about the testimony of "Witness C" (identified by the Iranian government as Abol Qassem Mesbahi) who had been a high official in

MOIS and who provided detailed information about the role of MOIS in organizing the Mykonos attach and its methods of operation in supporting international terrorism. His testimony showed that MOIS was tasked to carry out Iranian terrorist operations abroad, and in particular terrorist operations in Lebanon in the mid-1980s. The central role of the MOIS minister, as member of a "council for special operations" which must approve terrorist activities, was also highlighted in the 1996 testimony to the court of former Iranian president Abolhassan Bani Sadr.

- The work of Wifried Buchta, a German scholar who lived in Iran for many years in the 1990s and who speaks Persian fluently. Mr. Buchta had written in 1997 a study in German, *Politische Machtzentren und Entschiedungsprozesse im Iran* (Political Power Centers and Decision Processes in Iran), issued as a working paper (Arbeitspapier) by the Konrad Adenauer Foundation. We at the Washington Institute had proposed to Mr. Buchta that he expand this study, particularly with more discussion about the role of the security and intelligence services. I and my colleagues discussed with Mr. Buchta the structure of Iran's intelligence services, and he described the interviews he had in Iran with MOIS officials and former officials. By July 1998, he was in the process of writing his much longer account about the Iranian government which includes substantial discussion about MOIS' structure, activities, and history. He completed that study in early 1999 and it was translated and

published by the Washington Institute in 2000 as the book *Who Rules Iran? The Structure of Power in Islamic Iran*.

- Newspaper accounts which described the findings of Western intelligence services about the active role played by MOIS in terror activities. For example, "Time" magazine had a detailed account about the "Tehran Connection" to terror in its March 21, 1994 edition, describing MOIS Minister Fallahian as "the official believed to be most directly responsible." The "Washington Post" in a November 21, 1993 article about the killing of Iranian dissidents, described in detail MOIS' activities across Europe. The respected German newspaper *Die Welt* in a December 11, 1997 article described MOIS' world-wide reach, including in Africa and across Europe as well as in the Middle East. In a May 9, 1997 article, the French-based Arabic-language newspaper *Al Watan Al Arabi* described why Western intelligence agencies think that the same methods used in the MOIS-controlled Mykonos killings were also used in Iranian-sponsored terrorism in the Middle East, including actions by Hizbollah.

- In statements by intelligence officials of the U.S. and Israeli governments, both in public documents and in many private interviews I had with such officials. In particular, I had extensive discussions with Uri Lubrani, the Israeli official responsible for its policy in Lebanon and the former Israeli representative in pre-revolutionary Iran (in effect, its ambassador there, although the two countries did not have formal diplomatic relations). Mr. Lubrani had an extensive team of experts on Iran and Lebanon who

followed in great detail terrorism in Lebanon and Iran's role there. We discussed the mechanisms by which Iran supports such terrorism. I also had many discussions about these issues with officials of the U.S. government. Some of my discussions were while I was doing contract work for the Central Intelligence Agency about Iran in the period 1989-1992, while I held a Secret security clearance. Other discussions with U.S. intelligence officials on this matter came in 1993-1997, while I was an employee of the Department of Defense holding Top Secret security clearance. Much of my discussion with Mr. Lubrani and his team, as well as much of my discussion with U.S. intelligence officials, was about the precise role that various Iranian agencies and institutions were playing with respect to hostages in Lebanon. For many years until the release of the last hostages in the early 1990s, I held the view that it was by no means clear that the Iranian government was fully involved in Hizbollah's activities. Indeed, this was a matter of great dispute within the non-government scholarly community of Iran experts, and the issue came up repeatedly in discussions and at conferences. As additional information became available to me, thanks to better access to intelligence and the release of more information during the negotiations for the release of the remaining hostages in the early 1990s, I am persuaded I was wrong and that the mainline ministries of the Iranian government, in particular MOIS, were actively involved in Hizbollah's hostage-taking activities in Lebanon.

11

**Conclusion**

20. Based on my personal knowledge and research of the type reasonably relied on by an expert in my field, it is my expert opinion that Jerry Levin's capture and incarceration was part of a systematic plan orchestrated by agencies of the Iranian government, in particular MOIS and IRGC. The MOIS and IRGC funded, supported and trained Hizbollah, directed their hostage-taking activities, and provided "cover" for Hizbollah so that the hostages would not be discovered. The highest levels of the Iranian government were involved in the decisions to pursue this course of action. Mr. Levin was the first in a long line of hostages taken by Hizbollah at the direction and instigation of the Iranian government, the MOIS, and the IRGC.

_____
Dr. Patrick Clawson

Sworn and subscribed to before me
this 26 day of October 2006.

_____
Notary Public

Leslie P. Kim
Notary Public, District of Columbia
My Commission Expires 8-31-2009