**Attachment A: Damage Calculations for Mr. Levin's Past Medical Expenses**

| Description | Frequency | Duration | Cost | Total |
|---|---|---|---|---|
| Eardrum replacement surgery | 3 | n/a | $17,000.00 per surgery | $51,000.00 |
| Placement of drainage tubes | 3 | n/a | $225.00 per procedure | $675.00 |
| Ear doctor visits | 6 times per year | 22 years | $60.00 per visit | $7,920.00 |
| Antibiotics and eardrops | n/a | 22 years | $100.00 per year | $2,200.00 |
| Hearing aids | 3 | 17 years | $1,730.00 per set | $5,190.00 |
| Hearing aid batteries | n/a | 17 years | $50.00 per year | $850.00 |
| Psychotherapy (couples) | Once per week | 1 year | $175.00 per visit | $9,100.00 |
| **TOTAL:** | | | | **$76,935.00** |