**Attachment B: Damage Calculations for Dr. Levin's Past Medical Expenses**

| Description | Frequency | Duration | Cost | Total |
|---|---|---|---|---|
| Psychotherapy (individual) | Once per week | 22 years | $175.00 per visit | $200,200.00 |
| Medication – 3 prescriptions | Once per day | 22 years | $4,572 per year | $100,584.00 |
| *Psychotherapy (couples)* | *Once per week* | *1 year* | *$175.00 per visit* | *$9,100.00 (reflected in Damage Calculations for Mr. Levin)* |
| **TOTAL:** | | | | **$300,784.00** |