UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEREMY LEVIN and DR. LUCILLE LEVIN,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. 05-2494 (GK/JMF) |
| : | |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

On January 12, 2007, after entry of a default, this Court referred Plaintiffs' Motion for Default Judgment to Magistrate Judge John M. Facciola for purposes of issuing a Report & Recommendation on liability, as well as damages. On December 31, 2007, Magistrate Judge Facciola filed a 35-page Report & Recommendation finding that the Court has personal jurisdiction over Defendants and that venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(4).

The Report & Recommendation concluded that Plaintiffs have established their right to relief under the common law of the District of Columbia. In particular, Magistrate Facciola concluded that the Plaintiffs proved their claims for false imprisonment, battery, assault, intentional infliction of emotional distress, negligence, and loss of consortium. After finding liability, Magistrate Judge Facciola recommended, in Plaintiff Jerry Levin's case, a damages award in the amount of $3,430,000, based on a *per diem* calculation of $10,000 per day of captivity multiplied by 343 days of Mr. Levin's captivity. In addition, he recommended a lump sum award of $15 million "in order to more fully compensate Mr. Levin for the brutal treatment he received during his captivity."

Report & Recommendation, at ¶ 86.  Magistrate Facciola also recommended an award of $76,935 for past medical expenses.

Magistrate Judge Facciola also recommended a lump sum award of $10,000,000 to Defendant Lucille Levin for pain and suffering, extreme emotional distress, and loss of society.  In addition, he recommended an award of $300,784 for past medical expenses.

The Court has carefully examined Magistrate Judge Facciola's Findings of Fact and Conclusions of Law.  The Findings of Fact are crystal clear, albeit horribly chilling, and fully support his Conclusions of Law.  No objections have been filed, pursuant to LCvR 72.3(b).  Upon consideration of the Report & Recommendation, the applicable law in this Circuit, and the entire record herein, it is hereby

**ORDERED**, that the Court adopts and approves the Report & Recommendation of Magistrate Judge Facciola in its entirety; and it is further

**ORDERED**, that Plaintiffs' Motion for Default Judgment be **granted** on behalf of Plaintiff Jerry Levin and against Defendants Iran, MOIS, and IRGC, jointly and severally, in the total amount of $18,506,935, and on behalf of Plaintiff Lucille Levin and against Defendants Iran, MOIS, and IRGC, jointly and severally, in the total amount of $10,300,784.

January 14, 2008                                          /s/
                                                          Gladys Kessler
                                                          United States District Judge

**Copies via ECF to all counsel of record**