UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-2494 (GK/JMF) |
| | : |
| ISLAMIC REPUBLIC OF IRAN; IRANIAN MINISTRY OF INFORMATION AND SECURITY; SEYYED ALI HOSSEINI KHAMENEI; MOHAMMAD MOHAMMADI NIK; and IRANIAN ISLAMIC REVOLUTIONARY GUARD CORP, | : |
| | : |
| Defendants. | : |

## REQUEST FOR ENTRY OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(d), Plaintiffs hereby request that the Clerk of Court enter a final judgment on behalf of Plaintiff Jeremy Levin and against Defendants the Islamic Republic of Iran ("Iran"), the Iranian Ministry of Information and Security ("MOIS"), and the Iranian Islamic Revolutionary Guard Corp ("IRGC"), jointly and severally, in the amount of $18,506,935; and on behalf of Plaintiff Dr. Lucille Levin and against Defendants Iran, MOIS, and IRGC, jointly and severally, in the amount $10,300,784.  A proposed judgment is attached hereto as Exhibit A.

Rule 58 requires that "[e]very judgment and amended judgment must be set out in a separate document . . . ." Fed. R. Civ. Proc. 58(a).  Rule 58 further requires that "unless the court orders otherwise, the clerk must, without awaiting the court's direction,

promptly prepare, sign, and enter the judgment when . . . the court awards only costs or a sum certain . . . ." Fed. R. Civ. Proc. 58(b)(1)(B).

On January 14, 2008, the Court in this matter issued an order that adopted and approved the Report and Recommendations of Magistrate Judge Facciola in its entirety, granted Plaintiffs' Motion for Default Judgment, and awarded Plaintiffs a sum certain:

> **ORDERED**, that the Court adopts and approves the Report & Recommendation of Magistrate Judge Facciola in its entirety; and it is further
>
> **ORDERED**, that Plaintiffs' Motion for Default Judgment be **granted** on behalf of Plaintiff Jerry Levin and against Defendants Iran, MOIS, and IRGC, jointly and severally, in the total amount of $18,506,935, and on behalf of Lucille Levin and against Defendants Iran, MOIS, and IRGC, jointly and severally, in the total amount of $10,300,784.

Based on the foregoing Order and Rule 58, Plaintiffs hereby request the Clerk enter a final judgment in this action as set forth in the attached Exhibit A.

Dated:  January 25, 2007                    Respectfully submitted,

/s/ Suzelle M. Smith
Suzelle M. Smith
D.C. Bar No. 376384
Howarth & Smith
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Phone:  213-955-9400
Fax: 213-622-0791

Attorney for Plaintiffs