UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY LEVIN and DR. LUCILLE LEVIN, : <br> : <br> Plaintiffs, : <br> : <br> v.  : <br> : <br> ISLAMIC REPUBLIC OF IRAN; IRANIAN : <br> MINISTRY OF INFORMATION AND : <br> SECURITY; SEYYED ALI HOSSEINI : <br> KHAMENEI; MOHAMMAD : <br> MOHAMMADI NIK; and IRANIAN ISLAMIC: <br> REVOLUTIONARY GUARD CORP, : <br> : <br> Defendants. : | Civil Action No. 05-2494 (GK/JMF) |

## [PROPOSED] FINAL JUDGMENT

Judgment is entered in favor of Plaintiffs and against Defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Islamic Revolutionary Guard Corp, jointly and severally, as follows:

1. Jeremy Levin, in the amount of $18,506,935; and

2. Lucille Levin, in the amount of $10,300,784.

Dated: _____     _____
                                                          Clerk
                                                          U.S. District Court
                                                          District of Columbia