**FARSI - Order - Adopting Report and Recommendation of Magistrate and Granting Motion for Default Judgment 1-14-08-FA**

دادگاه منطقه‌ای ایالات متحده

منطقه کلمبیا

جرمی لوین و دکتر لوسیل لوین    :

:

شاکیان پرونده    :

:

در مورد    :    اقامه دعوی مدنی به شماره (ف‌م‌ج/ک‌ج) ۲۴۹۴-۰۵.

:

جمهوری اسلامی ایران، و غیره    :

:

متهمین پرونده    :

## حکم

در تاریخ ۱۲ ژانویه ۲۰۰۷ در پی عدم حضور متهمین در دادگاه، پرونده شاکیان جهت ارائه گزارش و توصیه در مورد محاسبه دیون و خسارات وارده به جناب قاضی جان م. فاسیولا ایفاد گردید. در تاریخ ۳۱ دسامبر ۲۰۰۷ جناب قاضی فاسیولا، گزارش و توصیه‌های خود را در ۳۵ صفحه ارائه نمود. در این گزارش مشخص شد که دادگاه می‌تواند بر علیه متهمین پرونده حکم صادر نماید و طبق قانون 28 U.S.C. § 1391(f)(4)، دادگاه این منطقه صلاحیت قضایی لازم را دارا می‌باشد.

در این گزارش نتیجه‌گیری شده است که شاکیان پرونده طبق قانون منطقه کلمبیا می‌توانند ادعای جبران خسارت بنمایند. به عبارت دیگر، قاضی فلوسیا به این نتیجه رسید که شاکیان ثابت نموده‌اند که به اشتباه زندانی شده، مورد ضرب و جرح و تحت فشار روحی قرار گرفته، نسبت به آنها اهمال شده و از همراهی همسر بی‌بهره مانده‌اند. پس از احراز دیون، قاضی محترم فلوسیا در مورد پرونده جری لوین توصیه نمودند که مبلغ ۳.۴۳۰.۰۰۰ دلار به عنوان خسارت در نظر گرفته شود که این مبلغ از قرار هر روز اسارت به مبلغ ۱۰.۰۰۰ دلار ضرب در تعداد روزهای اسارت آقای لوین یعنی ۳۴۳ روز می‌باشد. علاوه بر این طبق توصیه قاضی مبلغ ۱۵ میلیون دلار به صورت یک قلم "به منظور جبران کامل رفتار وحشیانه‌ای که طی مدت اسارت با آقای لوین صورت گرفته است"، به وی

پرداخت شود. گزارش و توصیه شماره ۸۶ همچنین جناب قاضی فاسیولا توصیه نمودند که جهت جبران هزینه‌های پزشکی در گذشته مبلغ ۷۶.۹۳۵ دلار به شاکی پرداخت شود.

همچنین جناب قاضی فاسیولا توصیه نمودند که به منظور جبران خسارت ناشی از تحمل درد و رنج، تنش‌های عصبی شدید و محروم ماندن از همراهی همسر مبلغ ۱۰.۰۰۰.۰۰۰ میلیون دلار به صورت یک قلم به شاکی لوسیل لوین پرداخت شود. به علاوه وی توصیه نمود که مبلغ ۳۰۰.۷۸۴ دلار جهت پرداخت هزینه‌های پزشکی در گذشته به شاکی پرداخت شود.

دادگاه به دقت توصیه‌ها و نتیجه‌گیری‌های جناب قاضی فاسیولا از قانون را مورد بررسی قرار داد. یافته‌ها کاملاً واضح و روشن بوده، بسیار هولناک می‌باشد و از نتیجه‌گیری‌های قاضی بر اساس قانون بصورت کامل حمایت می‌کند. طبق ماده (b)72.3 LCvR، هیچگونه اعتراضی در این مورد دریافت نشد. لذا با توجه به گزارش و توصیه‌ها، قانون مورد استفاده در این واحد قضایی، و کلیه مستندات موجود، بدین وسیله

**حکم داده شد:** کلیه موارد مندرج در گزارش و توصیه جناب قاضی فاسیولا تایید گردد و پیرو آن

**حکم داده شد:** درخواست شاکیان پرونده در خصوص صدور حکم غیابی مورد قبول واقع شده و مبلغ ۱۸.۵۰۶.۹۳۵ دلار به عنوان خسارت به سود جری لوین و بر علیه متهمین پرونده ایران، وزارت اطلاعات و امنیت، و سپاه پاسداران انقلاب اسلامی بصورت تضامنی و مبلغ ۱۰.۳۰۰.۷۸۴ دلار به عنوان خسارت به سود لوسیل لوین و بر علیه متهمین پرونده ایران، وزارت اطلاعات و امنیت، و سپاه پاسداران انقلاب اسلامی بصورت تضامنی در نظر گرفته شود.

۱۴ ژانویه ۲۰۰۸

_____

گلادیس کسلر

قاضی منطقه‌ای ایالات متحده

**رونوشت به کلیه افراد درگیر در پرونده از طریق سیستم بایگانی الکترونیکی قضایی**