**FARSI - Order - Judgment 2-6-08-FA**

دادگاه منطقه‌ای ایالات متحده

_____    منطقه کلمبیا    _____

جرمی لِوین و دیگران

قضاوت در مورد پرونده مدنی

بر علیه جمهوری اسلامی ایران و دیگران        شماره پرونده: ۲۴۹۴-۰۵

☐ **رای هیات منصفه.** این پرونده به منظور اقامه دعوی به دادگاهی با حضور هیات منصفه ارجاع داده شد. پرونده در دادگاه مورد بررسی قرار گرفته و هیات منصفه رای خود را صادر نمود.

☒ **تصمیم‌گیری توسط دادگاه.** این پرونده جهت اقامه دعوی به دادگاه ارجاع شد. پرونده در دادگاه مورد بحث و بررسی قرار گرفت.

در مورد پرونده حکم زیر صادر شد:

بر اساس تصمیم نهایی دادگاه خسارتی به مبلغ ۱۸،۵۰۶،۹۳۵ دلار به نفع شاکی پرونده "جرمی لِوین" و بر علیه متهمین پرونده جمهوری اسلامی ایران ("ایران")، وزارت اطلاعات و امنیت ("MOIS")، و سپاه پاسداران انقلاب اسلامی ("IRGC") بصورت تضامنی و خسارتی به مبلغ ۱۰،۳۰۰،۷۸۴ دلار به نفع شاکی پرونده "دکتر لوسیل لِوین" و بر علیه متهمین پرونده جمهوری اسلامی ایران ("ایران")، وزارت اطلاعات و امنیت ("MOIS")، و سپاه پاسداران انقلاب اسلامی ("IRGC") بصورت تضامنی در نظر گرفته شد.

تاریخ: ۶ ژانویه ۲۰۰۸

نانسی میر ویتینگتون، منشی دادگاه

توسط (امضاء)، معاون منشی دادگاه