

# EXPERT TRANSLATION BUREAU, INC.
Telephone: **(312) 759-9999**  Facsimile: **(312) 780-5099**
920 W. Lakeside, Suite 2109, Chicago, IL  60640
*www.Expert-Translation.com*

## CERTIFICATE OF TRANSLATION

February 13, 2008

I, Farhoosh Lameei, hereby certify that I am competent in both English and Farsi languages.  I further certify that under penalty of perjury translation of the aforementioned documents:

[Order - Adopting Report and Recommendation of Magistrate and Granting Motion for Default Judgment 1-14-08.pdf, Order - Judgment 2-6-08.pdf]

from the English language into the Farsi language is accurate and correct to the best of my knowledge and proficiency.

_____
Farhoosh Lameei
**Professional Translator**

OFFICIAL SEAL
ALEXANDER GOFMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-8-2009

02.13.2008