HOWARTH & SMITH
ATTORNEYS AT LAW
523 WEST SIXTH STREET
SUITE 728
LOS ANGELES, CALIFORNIA 90014
TELEPHONE: (213) 955-9400
FAX: (213) 622-0791
www.howarth-smith.com

SUZELLE M. SMITH

February 19, 2008

SSmith@howarth-smith.com
Direct Line: (213) 955-9400 Ext. 111

**VIA FEDERAL EXPRESS**

Ms. Nancy Mayer-Whittington
Clerk of Court
United States District Court
    For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 2001

    Re: *Request for Service of Judgment in Levin v. Islamic Republic of Iran, et a.l.,*
        *Case No. 1:05-CV-02494*

Dear Ms. Mayer-Whittington:

    In connection with the above-captioned case, we are writing to request that you take all necessary steps to effect service of judgment as required by 28 U.S.C. § 1608(e), which states that a "copy of any . . . default judgment (against a foreign state) shall be sent to the foreign state or political subdivision in the manner prescribed for service in this section."

    Service is appropriate pursuant to 28 U.S.C. § 1608(a)(4). Per the United States District Court For The District of Columbia's Attorney Manual for Service of Process On a Foreign Defendant service need not be attempted by 28 U.S.C. § 1608(a)(3) on Iran: "[t]he countries of Iran and Iraq have not objected to service by mail. However, many attempts at service by mail or courier are unsuccessful. Therefore, it is okay for an attorney to request service directly through diplomatic channels (28 U.S.C. § 1608(a)(4) without attempting service under any other provisions first." I.B.11(f), pg. 4.

    Pursuant to 28 U.S.C. § 1608(a)(4), we are enclosing two copies of Judge Kessler's Final Order and the Clerk of Court's Entry of Judgment, and two copies of said documents translated into Farsi, the official language of the Islamic Republic of Iran.

    We are also enclosing one copy of the Notice of Electronic Filing, confirming the ECF filing of this letter.

08:L6898002.doc

Ms. Nancy Mayer-Whittington
February 19, 2008
Page 2

      We understand that after you have assembled the requisite documents and attached international return receipt notices, you will return the package of documents to us for placement in the U.S. mail, as we are located in Los Angeles. Enclosed is a self-addressed return Federal Express form that includes our account number, so that you can return the package to us at no cost to you. Upon our receipt of it, we will mail the Certified Mail Receipt (PS Form 38000) to you for further processing. Please also notify me when service is made.

      If you have any questions, please feel free to call my associate, Najeeb Khoury, who is working on this matter with me at (213) 955-9400, ext. 120.

      Very truly yours,

      Suzelle M. Smith

SMS:cf

Enclosures

08:L6898002.doc