UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY LEVIN, DR. LUCILLE LEVIN, and SUZELLE M. SMITH, TRUSTEE OF THE JEREMY ISADORE LEVIN 2012 REVOCABLE TRUST, AS AMENDED,<br>                    Plaintiffs,<br><br>        v.<br><br>ISLAMIC REPUBLIC OF IRAN; IRANIAN MINISTRY OF INFORMATION AND SECURITY; SEYYED ALI HOSSEINI KHAMENEI; MOHAMMAD MOHAMMADI NIK; and IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS,<br><br>                    Defendants. | Civil Action No. 1:05-cv-02494-GK |

## PLAINTIFFS' MOTION FOR ORDER AUTHORIZING THE ISSUANCE OF WRIT OF ATTACHMENT

Pursuant to 28 U.S.C. § 1610(c) of the Foreign Sovereign Immunities Act ("FSIA"), Rule 69(a)(1) of the Federal Rules of Civil Procedure, and Section 16–546 of the District of Columbia Code, Plaintiffs hereby move for an order directing the Clerk of the Court to issue a writ of attachment on Wells Fargo Bank, N.A. ("Wells Fargo"), which currently possesses funds owned by Defendant The Islamic Republic of Iran ("Iran") and/or Defendant The Iranian Islamic Revolutionary Guard Corps ("IRGC"), namely $9,998,941.91 associated with the petroleum tanker Nautic (a/k/a Gulf Sky), with International Maritime Organization ("IMO") number 9150377.

In support of this Motion, Plaintiffs submit a Proposed Writ of Attachment, attached hereto as **Exhibit A**, for the Clerk of Court to issue to Wells Fargo and for the U.S. Marshal's Service to serve—as signed, sealed, and issued by the Clerk—on Wells Fargo via its registered agent:

Corporation Service Company, 1090 Vermont Avenue, N.W., Washington, D.C. 20005. In addition, Plaintiffs submit a Memorandum in Support of Plaintiffs' Motion for Order Authorizing the Issuance of Writ of Attachment and a Declaration of Suzelle M. Smith with accompanying exhibits. Plaintiffs did not confer with Iran or IRGC pursuant to Local Rule 7(m) before filing this Motion because neither Iran nor IRGC has appeared in this action. A proposed order is also included with this Motion.

Respectfully submitted,

Dated:  August 19, 2020                          HOWARTH & SMITH

By:     */s/ Suzelle M. Smith*
        Suzelle M. Smith, D.C. Bar No. 376384
        Don Howarth, CA Bar No. 53783
        523 West Sixth Street, Suite 728
        Los Angeles, California 90014
        (213) 955-9400
        ssmith@howarth-smith.com
        dhowarth@howarth-smith.com

        Attorneys for Claimants
        Jeremy Levin, Dr. Lucille Levin, and the
        Jeremy Isadore Levin 2012 Revocable Trust

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of August, 2020, I electronically filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the District of Columbia on all parties registered for CM/ECF in the above-captioned matter. No service is required on Defendants Iran and IRGC, which are in default for failing to appear. *See* Fed. R. Civ. P. 5(a)(2).

Dated:  August 19, 2020                          */s/ Suzelle M. Smith*
                                                                Suzelle M. Smith